**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____   Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **FARMERS GRAIN, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-4836717** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **255 King Avenue**<br>**Nyssa, OR 97913** | **Post Office Box 1567**<br>**Nyssa, OR 97913** |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Malheur** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: |

Debtor    **FARMERS GRAIN, LLC**                                    Case number (*if known*) _____
        Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **FARMERS GRAIN, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11.  Why is the case filed in *this district?***

*Check all that apply:*

☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑  No

☐  Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No

☐  Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**◼  Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

☑  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **FARMERS GRAIN, LLC**
_____    Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 18, 2017**
_____
MM / DD / YYYY

**X** **/s/ Galen Jantz**
_____    **Galen Jantz**
Signature of authorized representative of debtor    Printed name

Title    **Manager**
_____

**18. Signature of attorney**

**X** **/s/ Matthew T. Christensen**
_____    Date    **April 18, 2017**
Signature of attorney for debtor    MM / DD / YYYY

**Matthew T. Christensen**
Printed name

**ANGSTMAN JOHNSON**
Firm name

**3649 N. Lakeharbor Lane**
**Boise, ID 83703**
Number, Street, City, State & ZIP Code

Contact phone    **208-384-8588**    Email address    **info@angstman.com**

**7213**
Bar number and State

## Farmers Grain, LLC

April 17, 2017

### *Resolution authorizing filing of Chapter 11 Bankruptcy*

WHEREAS, the undersigned, being the members of Farmers Grain, LLC (the "Company"), and having complied with all operable provisions of the Company Operating Agreement; and

WHEREAS, the members having received and reviewed reports furnished to them concerning the financial condition of the Company; and

WHEREAS, it appearing in the business judgment of the members that the Company should be rehabilitated and reorganized under the supervision of the U.S. Bankruptcy Court, it is hereby

RESOLVED, that the Company initiate a case under Chapter 11 of the Bankruptcy Code; and it is further

RESOLVED, that Galen Jantz is authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings and other instruments necessary, or in the sole discretion of Galen Jantz appropriate, to cause the initiation and prosecution of a case under the Bankruptcy Code; and it is further

RESOLVED, that Galen Jantz is authorized and directed to employ and retain Matthew T. Christensen, attorney at law, of ANGSTMAN JOHNSON, to represent the Company in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem in the sole discretion of Galen Jantz to be appropriate.

DATED this 17th day of April, 2017.

Galen Jantz

Chris Unruh

Chet Millsap

Dwonn Unruh

Orin Koehn

David R. Unruh Trust
By: _Chris Unruh_
Its: Trustee

**Fill in this information to identify the case:**

Debtor name    **FARMERS GRAIN, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April 18, 2017__          X **/s/ Galen Jantz**
                                            Signature of individual signing on behalf of debtor

                                            **Galen Jantz**
                                            Printed name

                                            **Manager**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **FARMERS GRAIN, LLC**

United States Bankruptcy Court for the: **DISTRICT OF IDAHO**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bruce Cruickshank 10572 Virginia Lane Payette, ID 83661** | | **COGS** | | | | $137,398.80 |
| **Connell Grain Growers 3132 Road O NE Moses Lake, WA 98837** | | **Services rendered** | | | | $32,064.02 |
| **Connell Grain Growers 3132 Road O NE Moses Lake, WA 98837** | | **Services rendered** | **Unliquidated Disputed** | | | $2,804,178.29 |
| **DC Land-Mark Combs Mark Combs 29863 Farmway Road Caldwell, ID 83607** | | **COGS** | | | | $680,883.22 |
| **DC Land-Mark Combs Mark Combs 29863 Farmway Road Caldwell, ID 83607** | | **COGS** | | | | $413,963.56 |
| **Deseret Farms Post Office Box 1585 Nyssa, OR 97913** | | **COGS** | | | | $206,448.74 |
| **Doug Stipe 3555 Clark Blvd Ontario, OR 97914** | | **COGS** | | | | $57,204.24 |
| **Frahm Farm Rod Frahm 418 King Avenue Ontario, OR 97914** | | **COGS** | | | | $65,777.48 |

Debtor   **FARMERS GRAIN, LLC**
_____      Case number *(if known)*   _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gavilon 1111 Bedke Boulevard Post Office Box 1089 Burley, ID 83318 | | COGS | | | | $185,340.00 |
| Harlen Garner 1041 Janetta Ave Nyssa, OR 97913 | | COGS | | | | $15,965.92 |
| Hartley Farms & Feedlot 552 Enterprise Avenue Nyssa, OR 97913 | | COGS | | | | $292,512.31 |
| Jensen Farms, LLC 2436 11th Ave E Vale, OR 97918 | | COGS | | | | $176,430.00 |
| Jim Belnap 1764 3rd Ave Vale, OR 97918 | | COGS | Disputed | | | $37,413.00 |
| JLJ Farms, LLC 29862 Emmett Road Caldwell, ID 83607 | | COGS | | | | $149,728.25 |
| Lansing Trade Group 815 Highway 26 Bliss, ID 83314 | | COGS | | | | $220,514.39 |
| Lansing Trade Group 815 Highway 26 Bliss, ID 83314 | | COGS | | | | $134,878.36 |
| Lansing Trade Group 815 Highway 26 Bliss, ID 83314 | | COGS | | | | $41,176.10 |
| MUA Post Office Box 338 Montezum Montezuma, KS 67867 | | Insurance | | | | $12,022.93 |
| Scott Cruickshank 1746 Pennington Drive Ontario, OR 97914 | | COGS | | | | $26,242.96 |
| WBH Farms 743 Beet Dump Road Nyssa, OR 97913 | | COGS | | | | $464,670.40 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **FARMERS GRAIN, LLC**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $      4,131,899.56

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $      9,971,219.06

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $      14,103,118.62

---

### Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $      7,948,900.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................. $      150.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... +$      7,605,479.66

4.  Total liabilities ...............................................................................................
    Lines 2 + 3a + 3b      $      15,554,529.66

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **FARMERS GRAIN, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number *(if known)* | |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Checking Account - Rabobank, N.A.** | | **0350** | **$0.00** |
| 3.2. | **Checking Account - Wells Fargo** | | **7076** | **$188,889.23** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$188,889.23** |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **FARMERS GRAIN, LLC**                                    Case number *(If known)* _____
    Name

| 11a. 90 days old or less: | 2,318,942.54 | - | 0.00 | =.... | $2,318,942.54 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 1,027,310.82 | - | 513,655.41 | =.... | $513,655.41 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | $2,832,597.95 |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops–either planted or harvested**<br>**Corn inventory (20,789.98 tons @ $183.57 per ton)** | $0.00 | Comparable sale | $5,007,143.43 |
| | **Wheat inventory (660 tons @ $132.00 per ton)** | $0.00 | | $87,120.00 |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)*<br>**Misc Personal Property - Nyssa location (see attached list)** | $0.00 | Replacement | $560,375.07 |
| | **Misc Personal property - Vale location (see attached list)** | $0.00 | Replacement | $111,000.00 |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |

| Debtor | **FARMERS GRAIN, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**33.** **Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

$5,765,638.50

**34.** **Is the debtor a member of an agricultural cooperative?**

■ No

☐ Yes.  Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____  Valuation method _____  Current Value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

■ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.

☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2016 Peterbilt 389** | $0.00 | Comparable sale | $127,628.26 |
| 47.2.  **2015 Western Trailer** | $0.00 | Comparable sale | $91,000.00 |
| 47.3.  **Two (2) 2015 Freightliner Trucks** | $0.00 | Comparable sale | $199,344.12 |
| 47.4.  **2008 PJ Equipment Trailer** | $0.00 | Comparable sale | $3,500.00 |
| 47.5.  **2006 Peterbilt truck** | $0.00 | Comparable sale | $55,000.00 |
| 47.6.  **2013 Western Trailer** | $0.00 | Comparable sale | $89,000.00 |
| 47.7.  **2013 Western Trailer (53')** | $0.00 | Comparable sale | $89,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **FARMERS GRAIN, LLC** | | Case number *(If known)* | | |
| | Name | | | | |

| 47.8. | 2007 Peterbilt truck | $0.00 | Comparable sale | $50,000.00 |
|---|---|---|---|---|
| 47.9. | 2013 Western Trailer (53') | $0.00 | Comparable sale | $90,100.00 |
| 47.10. | 2000 Peterbilt truck | $0.00 | Comparable sale | $36,350.00 |
| 47.11. | 2002 Peterbilt truck | $0.00 | Comparable sale | $39,000.00 |
| 47.12. | 2002 Peterbilt truck w/tipout | $0.00 | Comparable sale | $39,000.00 |
| 47.13. | 2005 Kenworth truck | $0.00 | Comparable sale | $45,000.00 |
| 47.14. | 2013 Kenworth T-800 truck | $0.00 | Comparable sale | $137,611.00 |
| 47.15. | 2013 Western Trailer (53' belt) | $0.00 | Comparable sale | $92,560.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | $1,184,093.38 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **FARMERS GRAIN, LLC**    Case number *(If known)* _____
Name

| apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1. **Real Property located in Nyssa, Oregon (110, 114, & 255 King Ave), including all structures and other fixtures** | **Fee simple** | **$0.00** | **Replacement** | **$4,131,899.56** |

56.    **Total of Part 9.**    | **$4,131,899.56** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **FARMERS GRAIN, LLC**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $188,889.23 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,832,597.95 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $5,765,638.50 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,184,093.38 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $4,131,899.56 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,971,219.06 | + 91b. $4,131,899.56 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $14,103,118.62 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

# SCHEDULE A/B

## Item 11 (A/Rs)

# Farmers Grain, LLC
## A/R Aging Summary
### As of April 4, 2017

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Majestic Farms | 0.00 | 6,246.95 | 0.00 | 0.00 | 0.00 | 6,246.95 |
| Spring Creek | 0.00 | 12,290.20 | 0.00 | 0.00 | 0.00 | 12,290.20 |
| J&D Dairy | 17,787.24 | 0.00 | 0.00 | 0.00 | 0.00 | 17,787.24 |
| Pioneer Commodities | 0.00 | 389.53 | 392.28 | 0.00 | 0.00 | 781.81 |
| Toledo T & S Dairy | 22,238.70 | 5,007.75 | 0.00 | 0.00 | 0.00 | 27,246.45 |
| Idaho Magic Milk | 328,344.67 | 0.00 | 0.00 | 0.00 | 0.00 | 328,344.67 |
| Double A Dairy | 97,957.47 | 0.00 | 0.00 | 1.78 | 0.00 | 97,959.25 |
| Al Mar Dairy | 26,072.51 | 7.71 | 0.00 | 0.00 | 0.00 | 26,080.22 |
| Beranna Dairy | 79,611.83 | 0.00 | 0.00 | 0.00 | 0.00 | 79,611.83 |
| Bokma Dairy | 0.00 | 0.00 | 0.00 | 0.00 | -158,831.71 | -158,831.71 |
| Box Canyon Dairy | 54,567.77 | 0.00 | 0.00 | 0.00 | 0.00 | 54,567.77 |
| Cameron Koehn | 2,610.36 | 0.00 | 0.00 | 0.00 | 0.00 | 2,610.36 |
| CC&H Enterprises | 0.00 | 6,072.58 | 0.00 | 0.00 | 0.00 | 6,072.58 |
| Cedar Ridge Dairy | 126,524.62 | 0.00 | 0.00 | 0.00 | 0.00 | 126,524.62 |
| Creek Walker - c | 0.00 | 0.00 | -1.00 | 0.00 | 0.00 | -1.00 |
| Daytona Dairy | 146,222.63 | 118,736.91 | 111,554.72 | 29,151.54 | 487.04 | 406,152.84 |
| Daytona Feedlot | 5,669.69 | 5,755.41 | 11,441.22 | 5,499.10 | 11,085.60 | 39,451.02 |
| DeHoog Dairy | 0.00 | 707.67 | 639.19 | 707.67 | 352,431.89 | 354,486.42 |
| DeJong Dairy | 10,879.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,879.00 |
| Dry Creek Dairy #1 | 419,454.86 | 22,251.30 | 17.82 | 12.06 | 134.48 | 441,870.52 |
| Ed Vande Voorde - c | 0.00 | 0.00 | -372.23 | 0.00 | 0.00 | -372.23 |
| Fairview Dairy | 1,601.11 | 0.00 | 0.00 | 0.00 | 0.00 | 1,601.11 |
| Jantz Family Farms | 0.00 | 0.00 | 0.00 | 0.00 | 101,391.31 | 101,391.31 |
| L & V Dairy | 60,252.47 | 5,798.22 | 0.00 | 0.00 | 0.00 | 66,050.69 |
| Lauren Unruh Truckin... | 0.00 | 3,866.13 | 0.00 | 0.00 | 0.00 | 3,866.13 |
| LBE Ranch | 0.00 | 0.26 | 0.34 | 101.55 | 0.00 | 102.15 |
| Lone Pine Dairy | 85,108.03 | 5,875.20 | 82.81 | 102.83 | 268.01 | 91,436.88 |
| Melon Valley Dairy | 0.00 | 44.55 | 40.25 | 44.55 | 18,928.36 | 19,057.71 |
| MM Feedlot | 17,622.55 | 5,806.76 | 0.00 | 0.00 | 0.00 | 23,429.31 |
| MooRiah Dairy | 27,156.16 | 0.00 | 0.00 | 0.00 | 0.00 | 27,156.16 |
| Nederend Dairy | 238,559.44 | 32.86 | 29.68 | 32.86 | 14,982.58 | 253,637.42 |
| Randall Young | 0.00 | 0.00 | 0.00 | 0.00 | -6,055.47 | -6,055.47 |
| Sage Dairy | 27,874.13 | 0.00 | 0.00 | 0.00 | 0.00 | 27,874.13 |
| South View Dairy | 15,975.24 | 0.00 | 0.00 | 0.00 | 0.00 | 15,975.24 |
| Starlight Cattle Co, Inc | 0.00 | 6,130.52 | 0.00 | 0.00 | 0.00 | 6,130.52 |
| Thiel Dairy LLC | 0.00 | 83.26 | 75.20 | 83.26 | 32,855.00 | 33,096.72 |
| Toledo Dairy #2 | 52,438.65 | 5,067.15 | 0.00 | 0.00 | 0.00 | 57,505.80 |
| Toledo T3 Dairy | 21,443.40 | 0.00 | 0.00 | 0.00 | 0.00 | 21,443.40 |
| Tom Wilke | 17,697.57 | 0.00 | 0.00 | 0.00 | 0.00 | 17,697.57 |
| Van Vliet Dairy | 39,420.87 | 0.00 | 0.00 | 0.00 | 0.00 | 39,420.87 |
| Willow Creek Dairy | 0.00 | 364.57 | 443.15 | 490.63 | 145,978.32 | 147,276.67 |
| Withers Dairy | 4,744.82 | 0.00 | 0.00 | 0.00 | 0.00 | 4,744.82 |
| **TOTAL** | **1,947,835.79** | **210,535.49** | **124,343.43** | **36,227.83** | **513,655.41** | **2,832,597.95** |

# SCHEDULE A/B

Item 30 (Personal Property list)

## 2017  REVISED LIST FOR ASSESSORS OFFICE

## PERSONAL PROPERTY

### Nyssa location

OFFICE:

8-Phone system----$3,500.00   '14

Computers-----------$7,000.00   '14

GAC 2100 moi. Tester   $2,000.00   came w/place

GAC 2500 moi. Tester-- $4,700.00 '16

Perten moisture tester—$5,227.00   '14

PERTEN protein tester--- $24,300.00 '15

Refrigerator---------$1,200.00   '14

2- microwaves-------------$160.00   '14

5-office chair--------------$2,000.00   '15

Built in office desk (chets)—14,000.00  '15


SHOP:

New pressure washer-----------$5,750.00 '14

Drill press----------------$1,200.00   '14

Parts washer------------$150.00   '14

Space Heater------------$300.00   '14

Power screed------------$1,750.00   '14

MILLERMATIC welder------$3,000.00   '13

LINCOLN portable welder---$2,800.00   '11

Torch----------------------------$1,000.00 '13

BELAIR air compressor------$2,009.71   ,14

Tire tools----------------------$3,559.71 '14

PUMA air compressor------$1,000.00   '11

Hand tools--------------------$15,000.00 '15

Engine cylinder rebore kit-$2,711.65   '15

Band saw----------------------$3,500.00   '15

Power max 65 plasma -----$2,750.00   '15

Swamp cooler for shop ----$3,300.00   '15

Electric hoist-------------------$5,997.00   '15

Lathe   'Morton'-------------$3,080.00   '15

Hydraulic press --------------$ 4,000.00  '16

Rolling ladder w/railing    $1,200.00   '16


INVENTORY ON HAND:

13-Electric Motors-------------$3,500.00  '16

Transmission--------------------$1,200.00  '12

Bearing for grinder------------$2,500.00   '14

Parts: oil/fuel/air filters/bearings/belts/diesel treatment/bolts/brake pads/paint ect...$5,000.00 '16

Truck oil------------------$900.00  '14

Grease---------------------$700.00   '14

Aluminum wheels-------- 2 @ $150.00=$300.00

Used--------------------8 @ $200.00 = $1,600.00 '16

New tires-----------------25 @ $456.00 = $11,400.00 '16

Unlicensed equipment:

544j front end loader -----$80,000.00  '12

544k front end loader------$145,260.00 leased  '14

Skid steer C175 -------------$17,500.00  '13

GEHL forklift----------------$19,000.00 '13

Hydraulic broom ----------$4,900.00   '13

4x4 Grove RT 65 s crane--$65,00.00   '15

PTO driven LANCASTER 40 Hammer mill

-                              $12,000.00  '11

PTO driven grain vac-----$35,720.00   '15

(REM  VR 12  Grain vac)

Quad w/cab 4 wheeler ----$5,300.00 '16

Yale forklift---------------------$15'000.00   '16



AUGERS:

WR 80-71----------------------$6,465.00  '12

WR 130-41--------------------$8,285.00 '12

WR 100-41-------------------$5,500.00  '12

WR 100-61-------------------$6,900.00  '14

WR 100-71-------------------$7,400.00  '14

Personal PROPERTY AT FARMERS GRAIN LOCATION ALONG

HWY 20/26 NEAR VALE, OR

DELUXE GRAIN DRYER / MODEL # DP 7545

SERIAL #0715012N46                    '10           $43,000.00

SCALE HEAD AND DISPLAY / MODEL IDS 422, C.C.

96733A3, SERIAL # 423626 VER. 12A              '12     $6,000.00

45 FT. SCALE (SCALES UNLIMITED) $24,000.00 '12

3- 5000 BU. GSI CONE BOTTOM GRAIN BINS

NO FANS ON BINS @ $10,000.00 EACH

= $30,000.00 '11

PERSONAL PROPERTY FOR FARMERS GRAIN LOCATION
ALONG
HWY 20/26


AUGERS:

W R 80-61------------------------------------------------- $ 3 ,000.00 '12

W R 60- 31------------------------------------------------ $ 3 ,000.00 '11

W R 60- 31------------------------------------------------ $ 2,000.00 '11

**Fill in this information to identify the case:**

Debtor name    **FARMERS GRAIN, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Rabo AgriFinance LLC** | | $7,948,900.00 | $8,598,236.45 |
|---|---|---|---|---|

| Creditor's Name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| **6919 Chancellor Drive** **Cedar Falls, IA 50613** | **Accounts, contract rights, inventory, equipment, fixtures, farm products, general intangibles, Hedging Agreement rights, etc.** | |
| Creditor's mailing address | | |
| | Describe the lien | |
| | **UCC security interest** | |
| | **Is the creditor an insider or related party?** | |
| | ☑ No | |
| Creditor's email address, if known | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ☐ No | |
| **Sept 2015** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **8565** | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ☑ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Unliquidated | |
| | ☐ Disputed | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $7,948,900.00 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **FARMERS GRAIN, LLC**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** | **$150.00** |
| **Oregon Dept. of Revenue**<br>**Post Office Box 14725**<br>**Salem, OR 97309-5018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>**03/22/2017** | Basis for the claim:<br>**taxes** | | |
| Last 4 digits of account number **6717**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
| **AGL Trucking**<br>**Post Office Box 110**<br>**Jerome, ID 83338-0110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim:  **Trucking services (claim amount is estimated)** | |
| Last 4 digits of account number **Various** | Is the claim subject to offset?  ☑ No  ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
| **Agricharts**<br>**209 W. Jackson Blvd 2nd FLR**<br>**Chicago, IL 60606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **03/20/2017** | Basis for the claim:  **Services rendered** | |
| Last 4 digits of account number **3030** | Is the claim subject to offset?  ☑ No  ☐ Yes | |

| Debtor | **FARMERS GRAIN, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $137,398.80 |
|---|---|---|---|

**Bruce Cruickshank**
**10572 Virginia Lane**
**Payette, ID 83661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **COGS**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,486.00 |
|---|---|---|---|

**Burke Electric, INC.**
**Post Office Box 28**
**Payette, ID 83661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/21/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **6982**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,248.00 |
|---|---|---|---|

**Burke Electric, INC.**
**Post Office Box 28**
**Payette, ID 83661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/21/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **6983**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,739.50 |
|---|---|---|---|

**C&M Enterprises**
**32219 Fort Lane**
**Parma, ID 83660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/29/2017**

Basis for the claim:  **Services rendered**

Last 4 digits of account number  **359A**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.74 |
|---|---|---|---|

**Cascade Natural Gas**
**Post Office Box 99065**
**Boise, ID 83799-0065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/31/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **1899**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111.02 |
|---|---|---|---|

**Cascade Natural Gas**
**Post Office Box 99065**
**Boise, ID 83799-0065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/31/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **5713**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,749.60 |
|---|---|---|---|

**Chris Unruh**
**25225 Hipwell Lane**
**Grand View, ID 83624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/04/2017**

Basis for the claim:  **COGS**

Last 4 digits of account number  **TC32**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FARMERS GRAIN, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,295.27 |
|---|---|---|---|

**Chris Unruh**
**25225 Hipwell Lane**
**Grand View, ID 83624**

Date(s) debt was incurred  04/04/2017

Last 4 digits of account number  TW

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **COGS**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,846.62 |
|---|---|---|---|

**Chris Unruh**
**25225 Hipwell Lane**
**Grand View, ID 83624**

Date(s) debt was incurred  04/04/2017

Last 4 digits of account number  TC62

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **COGS**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,801.96 |
|---|---|---|---|

**Chris Unruh**
**25225 Hipwell Lane**
**Grand View, ID 83624**

Date(s) debt was incurred  04/04/2017

Last 4 digits of account number  TC78

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **COGS**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,548.20 |
|---|---|---|---|

**Chris Unruh**
**25225 Hipwell Lane**
**Grand View, ID 83624**

Date(s) debt was incurred  04/04/2017

Last 4 digits of account number  C103

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **COGS**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,800.40 |
|---|---|---|---|

**Chris Unruh**
**25225 Hipwell Lane**
**Grand View, ID 83624**

Date(s) debt was incurred  04/04/2017

Last 4 digits of account number  C104

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **COGS**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,551.20 |
|---|---|---|---|

**Chris Unruh**
**25225 Hipwell Lane**
**Grand View, ID 83624**

Date(s) debt was incurred  04/04/2017

Last 4 digits of account number  C95A

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **COGS**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,648.80 |
|---|---|---|---|

**Chris Unruh**
**25225 Hipwell Lane**
**Grand View, ID 83624**

Date(s) debt was incurred  04/04/2017

Last 4 digits of account number  C95B

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **COGS**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **FARMERS GRAIN, LLC**

Name

Case number *(if known)*

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$44,800.00** |
|---|---|---|---|

Chris Unruh
25225 Hipwell Lane
Grand View, ID 83624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/04/2017

**Basis for the claim:**  COGS

Last 4 digits of account number  C95C

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45,500.00** |
|---|---|---|---|

Chris Unruh
25225 Hipwell Lane
Grand View, ID 83624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/04/2017

**Basis for the claim:**  COGS

Last 4 digits of account number  C95D

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45,824.80** |
|---|---|---|---|

Chris Unruh
25225 Hipwell Lane
Grand View, ID 83624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/04/2017

**Basis for the claim:**  COGS

Last 4 digits of account number  C95D

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$88,900.00** |
|---|---|---|---|

Chris Unruh
25225 Hipwell Lane
Grand View, ID 83624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/04/2017

**Basis for the claim:**  COGS

Last 4 digits of account number  C95E

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90,848.80** |
|---|---|---|---|

Chris Unruh
25225 Hipwell Lane
Grand View, ID 83624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/04/2017

**Basis for the claim:**  COGS

Last 4 digits of account number  C106

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$99,413.91** |
|---|---|---|---|

Chris Unruh
25225 Hipwell Lane
Grand View, ID 83624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/31/2015

**Basis for the claim:**  COGS

Last 4 digits of account number  1966

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$235,883.29** |
|---|---|---|---|

Chris Unruh
25225 Hipwell Lane
Grand View, ID 83624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/31/2016

**Basis for the claim:**  COGS

Last 4 digits of account number  1975

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FARMERS GRAIN, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$193,628.40** |
|---|---|---|---|

Chris Unruh
25225 Hipwell Lane
Grand View, ID 83624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/20/2016

Basis for the claim:  **COGS**

Last 4 digits of account number  4999

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$67,124.40** |
|---|---|---|---|

Chris Unruh
25225 Hipwell Lane
Grand View, ID 83624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/20/2016

Basis for the claim:  **COGS**

Last 4 digits of account number  1000

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$67,275.60** |
|---|---|---|---|

Chris Unruh
25225 Hipwell Lane
Grand View, ID 83624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/20/2017

Basis for the claim:  **COGS**

Last 4 digits of account number  1001

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,064.02** |
|---|---|---|---|

Connell Grain Growers
3132 Road O NE
Moses Lake, WA 98837

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/01/2017

Basis for the claim:  **Services rendered**

Last 4 digits of account number  0551

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,804,178.29** |
|---|---|---|---|

Connell Grain Growers
3132 Road O NE
Moses Lake, WA 98837

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/02/2016

Basis for the claim:  **Services rendered**

Last 4 digits of account number  0551

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$680,883.22** |
|---|---|---|---|

DC Land-Mark Combs
Mark Combs
29863 Farmway Road
Caldwell, ID 83607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/22/2017

Basis for the claim:  **COGS**

Last 4 digits of account number  1228

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$413,963.56** |
|---|---|---|---|

DC Land-Mark Combs
Mark Combs
29863 Farmway Road
Caldwell, ID 83607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/22/2017

Basis for the claim:  **COGS**

Last 4 digits of account number  1231

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FARMERS GRAIN, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.29

**DCS Technologies, LLC**
**2090 Center Avenue**
**Payette, ID 83661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/31/2017

Basis for the claim:  Services rendered

Last 4 digits of account number  6281

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.50

**DCS Technologies, LLC**
**2090 Center Avenue**
**Payette, ID 83661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/04/2017

Basis for the claim:  Services rendered

Last 4 digits of account number  6320

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206,448.74

**Deseret Farms**
**Post Office Box 1585**
**Nyssa, OR 97913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/28/2017

Basis for the claim:  COGS

Last 4 digits of account number  16W

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,204.24

**Doug Stipe**
**3555 Clark Blvd**
**Ontario, OR 97914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2017

Basis for the claim:  COGS

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,777.48

**Frahm Farm**
**Rod Frahm**
**418 King Avenue**
**Ontario, OR 97914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/04/2017

Basis for the claim:  COGS

Last 4 digits of account number  16W

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185,340.00

**Gavilon**
**1111 Bedke Boulevard**
**Post Office Box 1089**
**Burley, ID 83318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/09/2017

Basis for the claim:  COGS

Last 4 digits of account number  5185

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,965.92

**Harlen Garner**
**1041 Janetta Ave**
**Nyssa, OR 97913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2017

Basis for the claim:  COGS

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **FARMERS GRAIN, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $292,512.31 |
|---|---|---|---|

**Hartley Farms & Feedlot**
**552 Enterprise Avenue**
**Nyssa, OR 97913**

Date(s) debt was incurred  __2017__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __COGS__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176,430.00 |
|---|---|---|---|

**Jensen Farms, LLC**
**2436 11th Ave E**
**Vale, OR 97918**

Date(s) debt was incurred  __2017__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __COGS__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,413.00 |
|---|---|---|---|

**Jim Belnap**
**1764 3rd Ave**
**Vale, OR 97918**

Date(s) debt was incurred  __2017__

Last 4 digits of account number  __None__

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __COGS__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149,728.25 |
|---|---|---|---|

**JLJ Farms, LLC**
**29862 Emmett Road**
**Caldwell, ID 83607**

Date(s) debt was incurred  __2017__

Last 4 digits of account number  __None__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __COGS__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220,514.39 |
|---|---|---|---|

**Lansing Trade Group**
**815 Highway 26**
**Bliss, ID 83314**

Date(s) debt was incurred  __03/17/2017__

Last 4 digits of account number  __6215__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __COGS__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134,878.36 |
|---|---|---|---|

**Lansing Trade Group**
**815 Highway 26**
**Bliss, ID 83314**

Date(s) debt was incurred  __03/22/2017__

Last 4 digits of account number  __6271__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __COGS__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,176.10 |
|---|---|---|---|

**Lansing Trade Group**
**815 Highway 26**
**Bliss, ID 83314**

Date(s) debt was incurred  __03/27/2017__

Last 4 digits of account number  __6324__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __COGS__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **FARMERS GRAIN, LLC**
_____
Name

Case number (if known) _____

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Millington Zwygart CPA**
**1803 Ellis Avenue**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __03/22/2017__

Basis for the claim:  __Services rendered__

Last 4 digits of account number  __3341__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,022.93 |
|---|---|---|---|

**MUA**
**Post Office Box 338 Montezum**
**Montezuma, KS 67867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __03/31/2017__

Basis for the claim:  __Insurance__

Last 4 digits of account number  __7023__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,095.35 |
|---|---|---|---|

**Napa Auto Parts**
**Post Office Box 1425**
**Twin Falls, ID 83303-1425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __03/31/2017__

Basis for the claim:  __Services rendered__

Last 4 digits of account number  __4227__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Oregon Trail Transport**
**62833 Buchanan Lane**
**La Grande, OR 97850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Various__

Basis for the claim:  __Trucking services (claim amount is estimated)__

Last 4 digits of account number  __Various__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**S&P Trucking, LLC**
**835 NE Union**
**Mountain Home, ID 83647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Various__

Basis for the claim:  __Trucking services (claim amount is estimated)__

Last 4 digits of account number  __Various__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,162.01 |
|---|---|---|---|

**SAIF Corporation**
**400 High Steet SE**
**Salem, OR 97312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __03/24/2017__

Basis for the claim:  __Workers comp insurance__

Last 4 digits of account number  __679__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,242.96 |
|---|---|---|---|

**Scott Cruickshank**
**1746 Pennington Drive**
**Ontario, OR 97914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __02/11/2017__

Basis for the claim:  __COGS__

Last 4 digits of account number  __1210__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **FARMERS GRAIN, LLC**

Name

Case number *(if known)*

| | |
|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** |

**Treasure Valley Tax Services**
Post Office Box 726

**Date(s) debt was incurred** 03/14/2017

**Last 4 digits of account number** urns

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services rendered

Is the claim subject to offset? ■ No ☐ Yes

$2,920.00

---

| | |
|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** |

**Treasure Valley Tax Services**
Post Office Box 726

**Date(s) debt was incurred** 03/25/2017

**Last 4 digits of account number** 2507

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services rendered

Is the claim subject to offset? ■ No ☐ Yes

$370.75

---

| | |
|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** |

**Valley Wide Cooperative**
1833 S. Lincoln Avenue
Jerome, ID 83338

**Date(s) debt was incurred** 03/31/2017

**Last 4 digits of account number** 4456

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Fuel

Is the claim subject to offset? ■ No ☐ Yes

$1,305.52

---

| | |
|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** |

**Verizon Wireless**
Post Office Box 660108
Dallas, TX 75266-0108

**Date(s) debt was incurred** 03/22/2017

**Last 4 digits of account number** 0200

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** telephone

Is the claim subject to offset? ■ No ☐ Yes

$380.76

---

| | |
|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** |

**WBH Farms**
743 Beet Dump Road
Nyssa, OR 97913

**Date(s) debt was incurred** 2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** COGS

Is the claim subject to offset? ■ No ☐ Yes

$464,670.40

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 150.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 7,605,479.66 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,605,629.66 |

**Fill in this information to identify the case:**

Debtor name    **FARMERS GRAIN, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **FARMERS GRAIN, LLC**

United States Bankruptcy Court for the:  DISTRICT OF IDAHO

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Galen Jantz** | **1547 Vale View Road**<br>**Vale, OR 97918** | **Rabo AgriFinance LLC** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **FARMERS GRAIN, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$8,449,339.26** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other  **Gross income from 2016 tax returns** | **$31,226,585.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other  **Gross income from 2015 tax returns** | **$30,610,340.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **FARMERS GRAIN, LLC**                                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Various**<br>**See attached sheet** | **See attached<br>sheet** | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **FARMERS GRAIN, LLC**                                                     Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **ANGSTMAN JOHNSON**<br>**3649 N. Lakeharbor Lane**<br>**Boise, ID 83703** | **Attorney Fees** | **March 2017** | **$32,000.00** |
| | Email or website address<br>**info@angstman.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **FARMERS GRAIN, LLC**                                    Case number *(if known)* _____

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **FARMERS GRAIN, LLC**                                    Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

| Debtor | **FARMERS GRAIN, LLC** | Case number *(if known)* |
|---|---|---|

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Bruce A. Peterson, CPA**<br>**Treasure Valley Tax Services, INC**<br>**2400 N. Alder Drive**<br>**Fruitland, ID 83619** | **2013-2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Galen Jantz** | **1547 Vale View Road**<br>**Vale, OR 97918** | **Member** | **40** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David R. Unruh Trust** | **Post Office Box 458**<br>**Montezuma, KS 67867** | **Member** | **22.5** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Chris Unruh** | **25289 Hipwell Lane**<br>**Grand View, ID 83624** | **Member** | **22.5** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dwonn K. Unruh** | **5565 Sunset Road**<br>**Fruitland, ID 83619** | **Member** | **5** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **FARMERS GRAIN, LLC**                                          Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Orin Koehn | 2775 S.W. First Avenue<br>New Plymouth, ID 83655 | Member | 5 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chet Millsap | 3427 S.W. Third Avenue<br>New Plymouth, ID 83655 | Member | 5 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

  ☑ No
  ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

  ☑ No
  ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

  ☑ No
  ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

  ☑ No
  ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **FARMERS GRAIN, LLC**                                          Case number *(if known)*

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 18, 2017**

**/s/ Galen Jantz**                                          **Galen Jantz**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

# STATEMENT OF FINANCIAL AFFAIRS

## Question 3 (90-day payments)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3:00 PM | | | **Farmers Grain, LLC** | | | | | |
| 04/18/17 | | | **Expenses by Vendor Detail** | | | | | |
| Accrual Basis | | | **January 1 through April 17, 2017** | | | | | |

| Type | Date | Num | Memo | Account | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **AGL Trucking Inc** | | | | | | | | |
| Check | 01/11/2017 | 9061 | Inv#5120159 | Corn | | Rabo... | 949.80 | 949.80 |
| Check | 01/11/2017 | 9061 | Inv#5120272 | Corn | | Rabo... | 1,000.20 | 1,950.00 |
| Check | 01/11/2017 | 9061 | Inv#5120415 | Corn | | Rabo... | 997.20 | 2,947.20 |
| Check | 01/11/2017 | 9061 | Inv#0947194 | Corn | | Rabo... | 454.72 | 3,401.92 |
| Check | 01/11/2017 | 9061 | Inv#5120455 | Corn | | Rabo... | 937.50 | 4,339.42 |
| Check | 01/11/2017 | 9061 | Inv#5120514 | Corn | | Rabo... | 987.90 | 5,327.32 |
| Check | 01/11/2017 | 9061 | Inv#5120722 | Corn | | Rabo... | 976.50 | 6,303.82 |
| Check | 01/23/2017 | 9081 | Inv#5120978 | Corn | | Rabo... | 957.00 | 7,260.82 |
| Check | 01/23/2017 | 9081 | Inv#0947604 | Corn | | Rabo... | 459.90 | 7,720.72 |
| Check | 01/23/2017 | 9081 | Inv#0947545 | Corn | | Rabo... | 411.32 | 8,132.04 |
| Check | 01/23/2017 | 9081 | Inv#5121021 | Corn | | Rabo... | 467.32 | 8,599.36 |
| Check | 01/23/2017 | 9081 | Inv#5121226 | Corn | | Rabo... | 460.60 | 9,059.96 |
| Check | 01/23/2017 | 9081 | Inv#0947650 | Corn | | Rabo... | 994.80 | 10,054.76 |
| Check | 01/23/2017 | 9081 | Inv#5121426 | Corn | | Rabo... | 1,004.70 | 11,059.46 |
| Check | 01/25/2017 | 9093 | Inv#5114873 | Wheat | | Rabo... | 530.28 | 11,589.74 |
| Check | 01/25/2017 | 9093 | Inv#5114874 | Wheat | | Rabo... | 490.68 | 12,080.42 |
| Check | 01/25/2017 | 9093 | Inv#5115479 | Wheat | | Rabo... | 605.28 | 12,685.70 |
| Check | 01/25/2017 | 9093 | Inv#5115480 | Wheat | | Rabo... | 682.08 | 13,367.78 |
| Check | 01/25/2017 | 9093 | Inv#5115477 | Wheat | | Rabo... | 680.64 | 14,048.42 |
| Check | 01/25/2017 | 9093 | Inv#5121560 | Corn | | Rabo... | 1,027.20 | 15,075.62 |
| Check | 01/25/2017 | 9093 | Inv#0948338 | Corn | | Rabo... | 1,071.00 | 16,146.62 |
| Check | 01/25/2017 | 9093 | Inv#5121951 | Corn | | Rabo... | 938.40 | 17,085.02 |
| Check | 01/25/2017 | 9093 | Inv#5121787 | Corn | | Rabo... | 345.10 | 17,430.12 |
| Check | 01/25/2017 | 9093 | Inv#0948309 | Corn | | Rabo... | 462.28 | 17,892.40 |
| Check | 01/25/2017 | 9093 | Inv#5121345 | Corn | | Rabo... | 327.88 | 18,220.28 |
| Check | 01/25/2017 | 9093 | Inv#5121906 | Corn | | Rabo... | 987.90 | 19,208.18 |
| Check | 02/01/2017 | 9305 | Inv#5122356 | Corn | | Rabo... | 433.72 | 19,641.90 |
| Check | 02/01/2017 | 9305 | Inv#5122363 | Corn | | Rabo... | 471.94 | 20,113.84 |
| Check | 02/01/2017 | 9305 | Inv#5122470 | Corn | | Rabo... | 432.04 | 20,545.88 |
| Check | 02/01/2017 | 9305 | Inv#5122364 | Corn | | Rabo... | 994.80 | 21,540.68 |
| Check | 02/01/2017 | 9305 | Inv#0948960 | Corn | | Rabo... | 1,052.10 | 22,592.78 |
| Check | 02/01/2017 | 9305 | Inv#0949050 | Corn | | Rabo... | 419.86 | 23,012.64 |
| Check | 02/01/2017 | 9305 | Inv#5122613 | Corn | | Rabo... | 1,066.80 | 24,079.44 |
| Check | 02/08/2017 | 9311 | Inv#5122721 | Corn | | Rabo... | 432.32 | 24,511.76 |
| Check | 02/08/2017 | 9311 | Inv#5122983 | Corn | | Rabo... | 1,055.70 | 25,567.46 |
| Check | 02/08/2017 | 9311 | Inv#5123060 | Corn | | Rabo... | 998.40 | 26,565.86 |
| Check | 02/08/2017 | 9311 | Inv#5123484 | Wheat | | Rabo... | 457.38 | 27,023.24 |
| Check | 02/08/2017 | 9311 | Inv#5123467 | Corn | | Rabo... | 454.16 | 27,477.40 |
| Check | 02/08/2017 | 9311 | Inv#5123234 | Corn | | Rabo... | 1,006.50 | 28,483.90 |
| Check | 02/08/2017 | 9311 | Inv#5123063 | Corn | | Rabo... | 470.96 | 28,954.86 |
| Check | 02/20/2017 | 9346 | Inv#0949768 | Corn | | Rabo... | 441.00 | 29,395.86 |
| Check | 02/20/2017 | 9346 | Inv#0949493 | Corn | | Rabo... | 457.52 | 29,853.38 |
| Check | 02/20/2017 | 9346 | Inv#0949645 | Corn | | Rabo... | 471.24 | 30,324.62 |
| Check | 02/20/2017 | 9346 | Inv#5123629 | Corn | | Rabo... | 1,035.60 | 31,360.22 |
| Check | 02/20/2017 | 9346 | Inv#0949950 | Corn | | Rabo... | 443.94 | 31,804.16 |
| Check | 02/20/2017 | 9346 | Inv#0950408 | Corn | | Rabo... | 484.26 | 32,288.42 |
| Check | 02/20/2017 | 9346 | Inv#5124140 | Corn | | Rabo... | 982.20 | 33,270.62 |
| Check | 02/20/2017 | 9346 | Inv#5124286 | Corn | | Rabo... | 939.00 | 34,209.62 |
| Check | 02/20/2017 | 9346 | Inv#0950589 | Corn | | Rabo... | 1,060.80 | 35,270.42 |
| Check | 02/25/2017 | 9353 | Inv#5120823 | Corn | | Rabo... | 955.20 | 36,225.62 |
| Check | 02/25/2017 | 9353 | Inv#5123695 | Corn | | Rabo... | 471.94 | 36,697.56 |
| Check | 02/25/2017 | 9353 | Inv#0950945 | Corn | | Rabo... | 1,068.00 | 37,765.56 |
| Check | 03/03/2017 | 9373 | Inv#0951219 | Corn | | Rabo... | 298.89 | 38,064.45 |
| Check | 03/03/2017 | 9373 | Inv#0951439 | Corn | | Rabo... | 230.93 | 38,295.38 |
| Check | 03/03/2017 | 9373 | Inv#0951440 | Corn | | Rabo... | 291.96 | 38,587.34 |
| Check | 03/03/2017 | 9373 | Inv#0951451 | Corn | | Rabo... | 288.36 | 38,875.70 |
| Check | 03/03/2017 | 9373 | Inv#0951471 | Corn | | Rabo... | 296.64 | 39,172.34 |
| Check | 03/03/2017 | 9373 | Inv#0951386 | Corn | | Rabo... | 305.73 | 39,478.07 |
| Check | 03/03/2017 | 9373 | Inv#5123844 | Corn | | Rabo... | 994.80 | 40,472.87 |
| Check | 03/03/2017 | 9373 | Inv#0951184 | Corn | | Rabo... | 1,080.60 | 41,553.47 |
| Check | 03/03/2017 | 9373 | Inv#0951845 | Corn | | Rabo... | 444.64 | 41,998.11 |
| Check | 03/03/2017 | 9373 | Inv#0951917 | Corn | | Rabo... | 275.91 | 42,274.02 |
| Check | 03/20/2017 | 5127 | Inv#0952031 | Corn | | Wells... | 278.29 | 42,552.31 |
| Check | 03/20/2017 | 5127 | Inv#5125258 | Corn | | Wells... | 1,080.60 | 43,632.91 |
| Check | 03/20/2017 | 5127 | Inv#0951747 | Corn | | Wells... | 1,095.60 | 44,728.51 |
| Check | 03/20/2017 | 5127 | Inv#0951502A | Corn | | Wells... | 361.20 | 45,089.71 |
| Check | 03/20/2017 | 5127 | Inv#0951514A | Corn | | Wells... | 301.77 | 45,391.48 |

**Farmers Grain, LLC**

## Expenses by Vendor Detail
### January 1 through April 17, 2017

3:00 PM

04/18/17

Accrual Basis

| Type | Date | Num | Memo | Account | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 03/20/2017 | 5127 | Inv#5125819 | Corn | | Wells... | 964.50 | 46,355.98 |
| Check | 03/20/2017 | 5127 | Inv#5125875 | Corn | | Wells... | 433.72 | 46,789.70 |
| Check | 03/20/2017 | 5127 | Inv#5126115 | Corn | | Wells... | 453.88 | 47,243.58 |
| Check | 03/20/2017 | 5127 | Inv#5126117 | Corn | | Wells... | 430.50 | 47,674.08 |
| Check | 03/20/2017 | 5127 | Inv#0951841 | Corn | | Wells... | 462.00 | 48,136.08 |
| Check | 03/20/2017 | 5127 | Inv#0952625 | Corn | | Wells... | 1,082.40 | 49,218.48 |
| Check | 03/27/2017 | 5145 | Inv#0952952 | Corn | | Wells... | 462.00 | 49,680.48 |
| Check | 03/27/2017 | 5145 | Inv#5125979 | Corn | | Wells... | 993.00 | 50,673.48 |
| Check | 03/27/2017 | 5145 | Inv#5126170 | Corn | | Wells... | 458.64 | 51,132.12 |
| Check | 03/27/2017 | 5145 | Inv#5125694 | Corn | | Wells... | 986.40 | 52,118.52 |
| Check | 04/03/2017 | 5161 | Inv#5126382 | Corn | | Wells... | 909.30 | 53,027.82 |
| Check | 04/03/2017 | 5161 | Inv#5126481 | Corn | | Wells... | 971.10 | 53,998.92 |
| Check | 04/03/2017 | 5161 | Inv#5126524 | Corn | | Wells... | 988.50 | 54,987.42 |
| Check | 04/03/2017 | 5161 | Inv#5126550 | Corn | | Wells... | 448.98 | 55,436.40 |
| Check | 04/03/2017 | 5161 | Inv#5126755 | Corn | | Wells... | 1,097.70 | 56,534.10 |
| Check | 04/03/2017 | 5161 | Inv#5126926 | Corn | | Wells... | 1,000.50 | 57,534.60 |
| **Total AGL Trucking Inc** | | | | | | | 57,534.60 | 57,534.60 |
| **Agricharts** | | | | | | | | |
| Check | 01/31/2017 | 9098 | Inv#41862 | Professional Fe... | | Rabo... | 150.00 | 150.00 |
| Check | 03/17/2017 | 5111 | Inv#42349 | Dues & Subscri... | | Wells... | 150.00 | 300.00 |
| **Total Agricharts** | | | | | | | 300.00 | 300.00 |
| **AgSense, LLC** | | | | | | | | |
| Check | 01/31/2017 | 9099 | Call Log & Al... | Professional Fe... | | Rabo... | 600.00 | 600.00 |
| **Total AgSense, LLC** | | | | | | | 600.00 | 600.00 |
| **Andy Nightingale - E** | | | | | | | | |
| Check | 02/03/2017 | | January 2017 ... | Car and Truck ... | | Rabo... | 29.12 | 29.12 |
| Check | 03/03/2017 | | Febraury 201... | Car and Truck ... | | Rabo... | 94.64 | 123.76 |
| **Total Andy Nightingale - E** | | | | | | | 123.76 | 123.76 |
| **Anthony Ineck Trucking** | | | | | | | | |
| Check | 01/11/2017 | 9056 | Inv#1612-28 | Wheat | | Rabo... | 6,256.18 | 6,256.18 |
| Check | 01/23/2017 | 9077 | Inv#1701-11 | Wheat | | Rabo... | 5,425.28 | 11,681.46 |
| Check | 02/01/2017 | 9303 | Inv#1701-23 | Wheat | | Rabo... | 5,414.34 | 17,095.80 |
| Check | 02/20/2017 | 9343 | Inv#1702-2 | Wheat | | Rabo... | 5,435.50 | 22,531.30 |
| Check | 02/20/2017 | 9343 | Inv#1702-13 | Freight and Tru... | | Rabo... | 4,085.34 | 26,616.64 |
| Check | 02/25/2017 | 9351 | Inv#1702-21 | Wheat | | Rabo... | 2,323.02 | 28,939.66 |
| Check | 03/17/2017 | 5113 | Inv#1703-8 | Wheat | | Wells... | 2,373.84 | 31,313.50 |
| Check | 03/20/2017 | 5124 | Inv#1703-7 | Wheat | | Wells... | 4,429.74 | 35,743.24 |
| Check | 04/03/2017 | 5159 | Inv# | Wheat | | Wells... | 2,254.42 | 37,997.66 |
| Check | 04/03/2017 | 5159 | Inv#1703-27 | Wheat | | Wells... | 2,250.08 | 40,247.74 |
| **Total Anthony Ineck Trucking** | | | | | | | 40,247.74 | 40,247.74 |
| **Burke Electric Inc** | | | | | | | | |
| Check | 01/27/2017 | 9094 | Inv#6716 | Repairs and Ma... | | Rabo... | 412.00 | 412.00 |
| **Total Burke Electric Inc** | | | | | | | 412.00 | 412.00 |
| **Camp Equipment** | | | | | | | | |
| Check | 02/08/2017 | 9317 | #Farmersgrain | Repairs and Ma... | | Rabo... | 303.72 | 303.72 |
| Check | 03/17/2017 | 5108 | #FARMERSG... | Repairs and Ma... | | Wells... | 172.17 | 475.89 |
| **Total Camp Equipment** | | | | | | | 475.89 | 475.89 |
| **Campo And Poole** | | | | | | | | |
| Check | 01/23/2017 | 9084 | #33455/2.148... | Gasoline, Fuel ... | | Rabo... | 21,067.60 | 21,067.60 |
| Check | 02/10/2017 | 9325 | #33455 | Gasoline, Fuel ... | | Rabo... | 969.00 | 22,036.60 |
| Check | 02/20/2017 | 9341 | #33455/2.028... | Gasoline, Fuel ... | | Rabo... | 19,889.26 | 41,925.86 |
| Check | 03/27/2017 | 5146 | #33455/2.248... | Gasoline, Fuel ... | | Wells... | 22,915.40 | 64,841.26 |
| **Total Campo And Poole** | | | | | | | 64,841.26 | 64,841.26 |
| **Cascade Natural Gas** | | | | | | | | |
| Check | 02/08/2017 | 9314 | #86349032564 | Utilities | | Rabo... | 762.94 | 762.94 |

**Farmers Grain, LLC**
## Expenses by Vendor Detail
### January 1 through April 17, 2017

3:00 PM
04/18/17
Accrual Basis

| Type | Date | Num | Memo | Account | Clr | Split | Amount | Balance |
|------|------|-----|------|---------|-----|-------|--------|---------|
| Check | 02/08/2017 | 9314 | #78537831899 | Utilities | | Rabo... | 12.58 | 775.52 |
| Check | 02/08/2017 | 9314 | #97058045713 | Utilities | | Rabo... | 479.16 | 1,254.68 |
| Check | 03/20/2017 | 5132 | #78537831899 | Utilities | | Wells... | 12.58 | 1,267.26 |
| Check | 03/20/2017 | 5132 | #97058045713 | Utilities | | Wells... | 365.89 | 1,633.15 |
| Check | 03/20/2017 | 5132 | #86349032564 | Utilities | | Wells... | 3,019.84 | 4,652.99 |
| **Total Cascade Natural Gas** | | | | | | | 4,652.99 | 4,652.99 |
| **Century Link** | | | | | | | | |
| Check | 01/20/2017 | 9073 | #541-372-220... | Telephone Exp... | | Rabo... | 361.22 | 361.22 |
| Check | 02/20/2017 | 9338 | #541-372-220... | Telephone Exp... | | Rabo... | 361.22 | 722.44 |
| Check | 03/20/2017 | 5121 | #541-372-220... | Telephone Exp... | | Wells... | 361.22 | 1,083.66 |
| **Total Century Link** | | | | | | | 1,083.66 | 1,083.66 |
| **Certified Laboratories** | | | | | | | | |
| Check | 01/24/2017 | 9087 | Inv#2589264/... | Gasoline, Fuel ... | | Rabo... | 708.18 | 708.18 |
| Check | 02/28/2017 | 9355 | Inv#2624927/... | Gasoline, Fuel ... | | Rabo... | 708.18 | 1,416.36 |
| Check | 03/31/2017 | 5151 | Inv#2657725 | Gasoline, Fuel ... | | Wells... | 708.18 | 2,124.54 |
| **Total Certified Laboratories** | | | | | | | 2,124.54 | 2,124.54 |
| **Chet Millsap** | | | | | | | | |
| Check | 04/05/2017 | | March 2017 2... | Car and Truck ... | | Wells... | 126.56 | 126.56 |
| **Total Chet Millsap** | | | | | | | 126.56 | 126.56 |
| **City of Nyssa** | | | | | | | | |
| Check | 02/08/2017 | 9312 | #5109802 | Utilities | | Rabo... | 77.75 | 77.75 |
| Check | 02/08/2017 | 9312 | #6065501 | Utilities | | Rabo... | 159.50 | 237.25 |
| Check | 02/08/2017 | 9312 | #3044001 | Utilities | | Rabo... | 105.50 | 342.75 |
| Check | 03/17/2017 | 5101 | #6065501 | Utilities | | Wells... | 56.50 | 399.25 |
| Check | 03/17/2017 | 5101 | #5109802 | Utilities | | Wells... | 57.25 | 456.50 |
| Check | 03/22/2017 | 5140 | #3044001 | Utilities | | Wells... | 59.75 | 516.25 |
| Check | 04/14/2017 | 5186 | #3044001 | Utilities | | Wells... | 81.75 | 598.00 |
| **Total City of Nyssa** | | | | | | | 598.00 | 598.00 |
| **Coastline Equipment** | | | | | | | | |
| Check | 02/10/2017 | 9328 | #95937 | Repairs and Ma... | | Rabo... | 464.59 | 464.59 |
| Check | 03/20/2017 | 5130 | #95937 | Repairs and Ma... | | Wells... | 4,461.34 | 4,925.93 |
| **Total Coastline Equipment** | | | | | | | 4,925.93 | 4,925.93 |
| **Connell Grain Growers** | | | | | | | | |
| Check | 01/03/2017 | Wire | Wire TO CHS... | Corn | | Rabo... | 1,218,730.50 | 1,218,730.50 |
| **Total Connell Grain Growers** | | | | | | | 1,218,730.50 | 1,218,730.50 |
| **Dave Petty** | | | | | | | | |
| Check | 02/21/2017 | 9208 | 25 Tote bags | Supplies | | Rabo... | 125.00 | 125.00 |
| **Total Dave Petty** | | | | | | | 125.00 | 125.00 |
| **DCS Technologies LLC** | | | | | | | | |
| Check | 01/20/2017 | 9075 | Inv#25871 | Office Supplies | | Rabo... | 275.22 | 275.22 |
| Check | 01/25/2017 | 9089 | Inv#26001 | Office Supplies | | Rabo... | 74.75 | 349.97 |
| Check | 02/10/2017 | 9324 | Inv#26040 | Office Supplies | | Rabo... | 32.50 | 382.47 |
| Check | 02/15/2017 | 9203 | Lisa's Lenovo... | Office Supplies | | Rabo... | 1,059.00 | 1,441.47 |
| Check | 02/22/2017 | 9347 | Inv#26092 | Office Supplies | | Rabo... | 275.22 | 1,716.69 |
| Check | 03/01/2017 | 9366 | Inv#26140 | Office Supplies | | Rabo... | 173.50 | 1,890.19 |
| Check | 03/22/2017 | 5141 | #26255 | Office Supplies | | Wells... | 275.22 | 2,165.41 |
| **Total DCS Technologies LLC** | | | | | | | 2,165.41 | 2,165.41 |
| **Denver Unruh** | | | | | | | | |
| Check | 01/12/2017 | 129 | Reimbursed ... | Supplies | | Cash | 63.57 | 63.57 |
| **Total Denver Unruh** | | | | | | | 63.57 | 63.57 |
| **DTS Communications** | | | | | | | | |

## Farmers Grain, LLC
## Expenses by Vendor Detail
### January 1 through April 17, 2017

| Type | Date | Num | Memo | Account | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 04/03/2017 | 5157 | Inv#5138 | Telephone Exp... | | Wells... | 76.00 | 76.00 |
| **Total DTS Communications** | | | | | | | 76.00 | 76.00 |
| | | | | | | | | |
| **Dykman Electrical, Inc.** | | | | | | | | |
| Check | 02/28/2017 | 9358 | #0417212-IN | Repairs and Ma... | | Rabo... | 172.00 | 172.00 |
| Check | 02/28/2017 | 9358 | #0422006-IN | Repairs and Ma... | | Rabo... | 723.00 | 895.00 |
| **Total Dykman Electrical, Inc.** | | | | | | | 895.00 | 895.00 |
| | | | | | | | | |
| **Eroad Inc** | | | | | | | | |
| Check | 01/19/2017 | E-Pay | | Licenses & Per... | | Rabo... | 418.38 | 418.38 |
| Check | 01/20/2017 | 9074 | Inv#SIN069092 | Dues & Subscri... | | Rabo... | 116.00 | 534.38 |
| Check | 01/20/2017 | 9074 | Inv#SIN069091 | Dues & Subscri... | | Rabo... | 348.00 | 882.38 |
| Check | 02/07/2017 | E-Pay | | Licenses & Per... | | Rabo... | 344.41 | 1,226.79 |
| Check | 02/20/2017 | 9340 | Inv#SIN073233 | Dues & Subscri... | | Rabo... | 116.00 | 1,342.79 |
| Check | 02/20/2017 | 9340 | Inv#SIN073232 | Dues & Subscri... | | Rabo... | 348.00 | 1,690.79 |
| Check | 03/06/2017 | E-Pay | | Licenses & Per... | | Rabo... | 722.92 | 2,413.71 |
| Check | 03/21/2017 | 5137 | Inv#SIN77630 | Dues & Subscri... | | Wells... | 116.00 | 2,529.71 |
| Check | 03/21/2017 | 5137 | Inv#SIN77628 | Dues & Subscri... | | Wells... | 348.00 | 2,877.71 |
| **Total Eroad Inc** | | | | | | | 2,877.71 | 2,877.71 |
| | | | | | | | | |
| **Farm 2 Market, Inc.** | | | | | | | | |
| Check | 02/16/2017 | 9335 | Inv#508 | Commissions | | Rabo... | 12,500.00 | 12,500.00 |
| Check | 02/28/2017 | 9360 | Inv#509 | Commissions | | Rabo... | 12,500.00 | 25,000.00 |
| **Total Farm 2 Market, Inc.** | | | | | | | 25,000.00 | 25,000.00 |
| | | | | | | | | |
| **Farm Credit Leasing** | | | | | | | | |
| Check | 01/18/2017 | 9070 | (1) 2010 West... | Equipment Rent | | Rabo... | 760.45 | 760.45 |
| Check | 01/23/2017 | 9083 | (1) 2015 West... | Equipment Rent | | Rabo... | 1,580.14 | 2,340.59 |
| Check | 01/23/2017 | 9083 | (2) 2015 West... | Equipment Rent | | Rabo... | 3,009.10 | 5,349.69 |
| Check | 02/13/2017 | 9333 | (1) 2010 West... | Equipment Rent | | Rabo... | 760.45 | 6,110.14 |
| Check | 02/20/2017 | 9339 | (1) 2015 West... | Equipment Rent | | Rabo... | 1,580.14 | 7,690.28 |
| Check | 02/20/2017 | 9339 | (2) 2015 West... | Equipment Rent | | Rabo... | 3,009.10 | 10,699.38 |
| Check | 03/17/2017 | 5119 | (1) 2010 West... | Equipment Rent | | Wells... | 760.45 | 11,459.83 |
| Check | 03/21/2017 | 5136 | (1) 2015 West... | Equipment Rent | | Wells... | 1,580.14 | 13,039.97 |
| Check | 03/21/2017 | 5136 | (2) 2015 West... | Equipment Rent | | Wells... | 3,009.10 | 16,049.07 |
| Check | 03/31/2017 | 5150 | (1) 2015 West... | Equipment Rent | | Wells... | 1,572.06 | 17,621.13 |
| Check | 03/31/2017 | 5150 | (2) 2015 Freig... | Equipment Rent | | Wells... | 2,974.47 | 20,595.60 |
| Check | 04/17/2017 | 5195 | (1) 2010 West... | Equipment Rent | | Wells... | 760.45 | 21,356.05 |
| **Total Farm Credit Leasing** | | | | | | | 21,356.05 | 21,356.05 |
| | | | | | | | | |
| **Franklin Building Supply** | | | | | | | | |
| Check | 03/17/2017 | 5104 | #8FARMGR | Repairs and Ma... | | Wells... | 281.35 | 281.35 |
| **Total Franklin Building Supply** | | | | | | | 281.35 | 281.35 |
| | | | | | | | | |
| **Gavilon** | | | | | | | | |
| Check | 03/21/2017 | 5005 | Inv#075156 | Corn Purchased | | Wells... | 2,121.60 | 2,121.60 |
| Check | 03/21/2017 | 5006 | Inv#075185/C... | Corn Purchased | | Wells... | 150,000.00 | 152,121.60 |
| **Total Gavilon** | | | | | | | 152,121.60 | 152,121.60 |
| | | | | | | | | |
| **Harder Ag Products, Inc** | | | | | | | | |
| Check | 03/17/2017 | 5110 | #J202 | Repairs and Ma... | | Wells... | 266.81 | 266.81 |
| **Total Harder Ag Products, Inc** | | | | | | | 266.81 | 266.81 |
| | | | | | | | | |
| **Harland Clarke** | | | | | | | | |
| Check | 03/21/2017 | E-Pay | Checks | Office Supplies | | Wells... | 200.65 | 200.65 |
| Check | 03/21/2017 | E-pay | Checks/Stam... | Office Supplies | | Wells... | 277.64 | 478.29 |
| **Total Harland Clarke** | | | | | | | 478.29 | 478.29 |
| | | | | | | | | |
| **Hartwood, LLC** | | | | | | | | |
| Check | 01/11/2017 | 9057 | Inv#150/Corn | Corn | | Rabo... | 1,312.08 | 1,312.08 |
| Check | 01/23/2017 | 9079 | Inv#151/Corn | Corn | | Rabo... | 862.54 | 2,174.62 |
| Check | 01/23/2017 | 9079 | Inv#152/Corn | Corn | | Rabo... | 870.80 | 3,045.42 |
| Check | 01/25/2017 | 9090 | Inv#153/Corn | Corn | | Rabo... | 873.88 | 3,919.30 |

**Farmers Grain, LLC**
## Expenses by Vendor Detail
### January 1 through April 17, 2017

3:00 PM
04/18/17
Accrual Basis

| Type | Date | Num | Memo | Account | Clr | Split | Amount | Balance |
|------|------|-----|------|---------|-----|-------|--------|---------|
| Check | 02/08/2017 | 9309 | Inv#154/Corn | Corn | | Rabo... | 892.50 | 4,811.80 |
| Check | 02/20/2017 | 9344 | Inv#155/Corn | Corn | | Rabo... | 876.12 | 5,687.92 |
| Check | 02/20/2017 | 9344 | Inv#156/Corn | Corn | | Rabo... | 894.32 | 6,582.24 |
| Check | 02/25/2017 | 9350 | Inv#157/Corn | Corn | | Rabo... | 889.98 | 7,472.22 |
| Check | 03/03/2017 | 9370 | Inv#158/Corn | Corn | | Rabo... | 873.88 | 8,346.10 |
| Check | 03/17/2017 | 5112 | Inv#159/Corn | Corn | | Wells... | 921.48 | 9,267.58 |
| Check | 03/20/2017 | 5123 | Inv#160/Corn | Corn | | Wells... | 914.34 | 10,181.92 |
| Check | 03/28/2017 | 5148 | Inv#161/Corn | Corn | | Wells... | 877.80 | 11,059.72 |
| Check | 04/03/2017 | 5160 | Inv#162/Corn | Corn | | Wells... | 900.90 | 11,960.62 |
| | | | | | | | 11,960.62 | 11,960.62 |
| **Total Hartwood, LLC** | | | | | | | | |
| | | | | | | | | |
| **Idaho Power** | | | | | | | | |
| Check | 01/27/2017 | 9095 | #2201695802... | Corn Dryer | | Rabo... | 139.05 | 139.05 |
| Check | 01/27/2017 | 9096 | #2200751275 | Utilities | | Rabo... | 11.45 | 150.50 |
| Check | 01/27/2017 | 9096 | #2204923706 | Corn Dryer | | Rabo... | 8,471.89 | 8,622.39 |
| Check | 01/27/2017 | 9096 | #2222459592 | Utilities | | Rabo... | 1,254.11 | 9,876.50 |
| Check | 01/27/2017 | 9096 | #2220155887 | Utilities | | Rabo... | 2,250.16 | 12,126.66 |
| Check | 02/16/2017 | 9334 | #2206990000... | Utilities | | Rabo... | 1,493.35 | 13,620.01 |
| Check | 02/22/2017 | 9348 | #2220155887 | Utilities | | Rabo... | 1,784.39 | 15,404.40 |
| Check | 02/22/2017 | 9348 | #2222459592 | Utilities | | Rabo... | 2,085.37 | 17,489.77 |
| Check | 02/22/2017 | 9348 | #2204923706 | Utilities | | Rabo... | 8,709.59 | 26,199.36 |
| Check | 02/22/2017 | 9348 | #2200751275 | Utilities | | Rabo... | 11.45 | 26,210.81 |
| Check | 03/21/2017 | 5138 | #2206990000... | Utilities | | Wells... | 1,225.32 | 27,436.13 |
| Check | 04/03/2017 | 5158 | #2220155887 | Utilities | | Wells... | 1,794.32 | 29,230.45 |
| Check | 04/03/2017 | 5158 | #2222459592 | Utilities | | Wells... | 7,916.50 | 37,146.95 |
| Check | 04/03/2017 | 5158 | #2204923706 | Utilities | | Wells... | 9,270.39 | 46,417.34 |
| Check | 04/03/2017 | 5158 | #2200751275 | Utilities | | Wells... | 11.53 | 46,428.87 |
| Check | 04/12/2017 | 5185 | #2206990000... | Utilities | | Wells... | 267.36 | 46,696.23 |
| | | | | | | | 46,696.23 | 46,696.23 |
| **Total Idaho Power** | | | | | | | | |
| | | | | | | | | |
| **Idaho Wheat Commission** | | | | | | | | |
| Check | 01/13/2017 | 9175 | 4th Qtr 2016 ... | Wheat Assess... | | Rabo... | 489.59 | 489.59 |
| Check | 04/15/2017 | 5027 | 1st qtr wheat t... | Wheat Assess... | | Wells... | 1,814.68 | 2,304.27 |
| | | | | | | | 2,304.27 | 2,304.27 |
| **Total Idaho Wheat Commission** | | | | | | | | |
| | | | | | | | | |
| **Intermountain Plumbing, Inc** | | | | | | | | |
| Check | 02/10/2017 | 9319 | Inv#7462 | Repairs and Ma... | | Rabo... | 222.78 | 222.78 |
| | | | | | | | 222.78 | 222.78 |
| **Total Intermountain Plumbing, Inc** | | | | | | | | |
| | | | | | | | | |
| **Interstate Billing Service, Inc** | | | | | | | | |
| Check | 02/10/2017 | 9327 | #654412/Wes... | Repairs and Ma... | | Rabo... | 126.28 | 126.28 |
| Check | 03/17/2017 | 5105 | #654412 | Repairs and Ma... | | Wells... | 2.67 | 128.95 |
| | | | | | | | 128.95 | 128.95 |
| **Total Interstate Billing Service, Inc** | | | | | | | | |
| | | | | | | | | |
| **Ivan Unruh** | | | | | | | | |
| Check | 01/24/2017 | 125 | Hone ball fro... | Supplies | | Cash | 74.15 | 74.15 |
| | | | | | | | 74.15 | 74.15 |
| **Total Ivan Unruh** | | | | | | | | |
| | | | | | | | | |
| **Jackson Group Peterbilt** | | | | | | | | |
| Check | 02/10/2017 | 9322 | #2665 | Repairs and Ma... | | Rabo... | 116.85 | 116.85 |
| Check | 03/27/2017 | 5147 | #2665 | Repairs and Ma... | | Wells... | 22,511.31 | 22,628.16 |
| | | | | | | | 22,628.16 | 22,628.16 |
| **Total Jackson Group Peterbilt** | | | | | | | | |
| | | | | | | | | |
| **Jantz Family Farms LLC** | | | | | | | | |
| Check | 01/24/2017 | 8386 | Inv#60 JFF/ B... | Custom Hire | | Rabo... | 12,366.00 | 12,366.00 |
| Check | 01/24/2017 | 8386 | Inv#60 JFF/ B... | Freight and Tru... | | Rabo... | 11,130.17 | 23,496.17 |
| Check | 02/15/2017 | 7907 | 2016 Down o... | Corn Purchased | | Rabo... | 725,000.00 | 748,496.17 |
| | | | | | | | 748,496.17 | 748,496.17 |
| **Total Jantz Family Farms LLC** | | | | | | | | |
| | | | | | | | | |
| **Jesus Madera** | | | | | | | | |
| Check | 03/23/2017 | | Reimbursed f... | Medical for Em... | | Cash | 90.00 | 90.00 |
| | | | | | | | 90.00 | 90.00 |
| **Total Jesus Madera** | | | | | | | | |

**Farmers Grain, LLC**

# Expenses by Vendor Detail
### January 1 through April 17, 2017

3:00 PM
04/18/17
Accrual Basis

| Type | Date | Num | Memo | Account | Clr | Split | Amount | Balance |
|------|------|-----|------|---------|-----|-------|--------|---------|
| **Jose Cisneros** | | | | | | | | |
| Check | 02/08/2017 | 9200 | Reimbursed f... | Medical for Em... | | Rabo... | 100.00 | 100.00 |
| Check | 02/10/2017 | 9199 | Reimbursed f... | Medical for Em... | X | Rabo... | 0.00 | 100.00 |
| Total Jose Cisneros | | | | | | | 100.00 | 100.00 |
| **Jose Santos ~** | | | | | | | | |
| Check | 02/07/2017 | 9198 | Reimbursed f... | Medical for Em... | | Rabo... | 100.00 | 100.00 |
| Total Jose Santos ~ | | | | | | | 100.00 | 100.00 |
| **Kaman Industrial Technologies** | | | | | | | | |
| Check | 03/03/2017 | 9368 | #129045 | Repairs and Ma... | | Rabo... | 75.73 | 75.73 |
| Total Kaman Industrial Technologies | | | | | | | 75.73 | 75.73 |
| **Kenworth Sales** | | | | | | | | |
| Check | 02/10/2017 | 9321 | #BOI46103 | Repairs and Ma... | | Rabo... | 17.05 | 17.05 |
| Check | 03/17/2017 | 5107 | #BOI46103 | Repairs and Ma... | | Wells... | 78.21 | 95.26 |
| Check | 04/08/2017 | 5163 | #BOI46103 | Repairs and Ma... | | Wells... | 5.12 | 100.38 |
| Total Kenworth Sales | | | | | | | 100.38 | 100.38 |
| **L & B Equipment, Inc** | | | | | | | | |
| Check | 03/01/2017 | 9365 | VOID: | Repairs and Ma... | X | Rabo... | 0.00 | 0.00 |
| Check | 03/17/2017 | 5117 | Inv#2831 | Repairs and Ma... | | Wells... | 368.00 | 368.00 |
| Check | 03/17/2017 | 5117 | Bank Fee | Bank Service C... | | Wells... | 30.00 | 398.00 |
| Total L & B Equipment, Inc | | | | | | | 398.00 | 398.00 |
| **Lauren Unruh Trucking LLC** | | | | | | | | |
| Check | 01/19/2017 | | Inv#21 | Freight and Tru... | | Rabo... | 7,552.50 | 7,552.50 |
| Check | 02/03/2017 | | Inv#22 | Freight and Tru... | | Rabo... | 14,986.25 | 22,538.75 |
| Check | 02/22/2017 | | Inv#23 | Freight and Tru... | | Rabo... | 13,015.00 | 35,553.75 |
| Check | 03/06/2017 | | Inv#24 | Freight and Tru... | | Rabo... | 9,761.25 | 45,315.00 |
| Check | 03/17/2017 | 5100 | Inv#25 | Freight and Tru... | | Wells... | 12,516.25 | 57,831.25 |
| Check | 04/05/2017 | | Inv#26 | Freight and Tru... | | Wells... | 9,927.50 | 67,758.75 |
| Total Lauren Unruh Trucking LLC | | | | | | | 67,758.75 | 67,758.75 |
| **Lisa Unruh** | | | | | | | | |
| Check | 01/18/2017 | 9068 | Jetpack for Int... | Office Supplies | | Rabo... | 158.99 | 158.99 |
| Total Lisa Unruh | | | | | | | 158.99 | 158.99 |
| **M&W Markets** | | | | | | | | |
| Check | 01/06/2017 | 121 | | Meals & Entert... | | Cash | 6.99 | 6.99 |
| Check | 01/13/2017 | 122 | | Meals & Entert... | | Cash | 6.99 | 13.98 |
| Check | 01/26/2017 | 130 | | Meals & Entert... | | Cash | 6.99 | 20.97 |
| Check | 02/02/2017 | | | Meals & Entert... | | Cash | 7.87 | 28.84 |
| Check | 02/03/2017 | | | Meals & Entert... | | Cash | 6.99 | 35.83 |
| Check | 02/10/2017 | 132 | | Meals & Entert... | | Cash | 6.99 | 42.82 |
| Check | 02/22/2017 | 133 | Cake | Meals & Entert... | | Cash | 18.99 | 61.81 |
| Check | 02/24/2017 | 134 | | Meals & Entert... | | Cash | 7.58 | 69.39 |
| Check | 03/03/2017 | 136 | | Meals & Entert... | | Cash | 6.99 | 76.38 |
| Check | 03/07/2017 | 137 | | Meals & Entert... | | Cash | 6.90 | 83.28 |
| Check | 03/10/2017 | | | Meals & Entert... | | Cash | 6.99 | 90.27 |
| Check | 04/07/2017 | 139 | | Meals & Entert... | | Cash | 6.99 | 97.26 |
| Check | 04/14/2017 | | | Meals & Entert... | | Cash | 6.99 | 104.25 |
| Total M&W Markets | | | | | | | 104.25 | 104.25 |
| **Magistrate Court** | | | | | | | | |
| Check | 01/24/2017 | 9187 | Overweight cit... | Licenses & Per... | | Rabo... | 71.50 | 71.50 |
| Total Magistrate Court | | | | | | | 71.50 | 71.50 |
| **Malheur County Tax Collector** | | | | | | | | |
| Check | 02/13/2017 | 9331 | #3382/1/3 | Property Taxes | | Rabo... | 13,326.74 | 13,326.74 |
| Check | 02/13/2017 | 9331 | #4079/1/3 | Property Taxes | | Rabo... | 104.65 | 13,431.39 |
| Check | 02/13/2017 | 9331 | #4439/1/3 | Property Taxes | | Rabo... | 259.03 | 13,690.42 |

**Farmers Grain, LLC**

3:00 PM

04/18/17

Accrual Basis

## Expenses by Vendor Detail
### January 1 through April 17, 2017

| Type | Date | Num | Memo | Account | Clr | Split | Amount | Balance |
|------|------|-----|------|---------|-----|-------|--------|---------|
| Check | 02/13/2017 | 9331 | #20424/1/3 | Property Taxes | | Rabo... | 244.25 | 13,934.67 |
| Check | 02/13/2017 | 9331 | #20518/1/3 | Property Taxes | | Rabo... | 4,864.31 | 18,798.98 |
| Check | 02/13/2017 | 9331 | #20523/1/3 | Property Taxes | | Rabo... | 163.04 | 18,962.02 |
| Check | 02/13/2017 | 9331 | #754287/1/3 | Property Taxes | | Rabo... | 1,518.04 | 20,480.06 |
| **Total Malhheur County Tax Collector** | | | | | | | 20,480.06 | 20,480.06 |
| **Mattson Distributing Company, Inc.** | | | | | | | | |
| Check | 03/20/2017 | 5129 | Inv#22628 | Supplies | | Wells... | 608.31 | 608.31 |
| **Total Mattson Distributing Company, Inc.** | | | | | | | 608.31 | 608.31 |
| **Mill Service Company** | | | | | | | | |
| Check | 01/18/2017 | 9071 | Inv#9992 | Repairs and Ma... | | Rabo... | 75.00 | 75.00 |
| **Total Mill Service Company** | | | | | | | 75.00 | 75.00 |
| **MUA** | | | | | | | | |
| Check | 02/28/2017 | 9356 | #147023 | Insurance Expe... | | Rabo... | 1,741.73 | 1,741.73 |
| **Total MUA** | | | | | | | 1,741.73 | 1,741.73 |
| **Napa Auto Parts** | | | | | | | | |
| Check | 02/08/2017 | 9313 | #4227 | Repairs and Ma... | | Rabo... | 940.13 | 940.13 |
| Check | 03/17/2017 | 5106 | #4227 | Repairs and Ma... | | Wells... | 1,443.13 | 2,383.26 |
| **Total Napa Auto Parts** | | | | | | | 2,383.26 | 2,383.26 |
| **Norco** | | | | | | | | |
| Check | 02/08/2017 | 9315 | #EX010 | Supplies | | Rabo... | 39.12 | 39.12 |
| Check | 03/17/2017 | 5103 | #EX010 | Supplies | | Wells... | 69.34 | 108.46 |
| Check | 04/08/2017 | 5164 | #EX010 | Supplies | | Wells... | 10.54 | 119.00 |
| **Total Norco** | | | | | | | 119.00 | 119.00 |
| **Nyssa Machine and Welding, Inc.** | | | | | | | | |
| Check | 02/13/2017 | 9329 | | Supplies | | Rabo... | 57.68 | 57.68 |
| **Total Nyssa Machine and Welding, Inc.** | | | | | | | 57.68 | 57.68 |
| **Nyssa Post Office** | | | | | | | | |
| Check | 02/01/2017 | | Stamps | Postage | | Cash | 196.00 | 196.00 |
| Check | 02/06/2017 | | | Postage | | Cash | 2.24 | 198.24 |
| Check | 02/17/2017 | | | Postage | | Cash | 1.19 | 199.43 |
| Check | 03/01/2017 | 135 | Postage for ti... | Postage | | Cash | 6.65 | 206.08 |
| Check | 04/05/2017 | 138 | Tickets to Lisa | Postage | | Cash | 6.65 | 212.73 |
| **Total Nyssa Post Office** | | | | | | | 212.73 | 212.73 |
| **Ontario Bearing** | | | | | | | | |
| Check | 02/28/2017 | 9357 | #722201 | Repairs and Ma... | | Rabo... | 110.22 | 110.22 |
| **Total Ontario Bearing** | | | | | | | 110.22 | 110.22 |
| **Ontario Sanitary Service** | | | | | | | | |
| Check | 02/28/2017 | 9354 | #42771 | Utilities | | Rabo... | 165.00 | 165.00 |
| **Total Ontario Sanitary Service** | | | | | | | 165.00 | 165.00 |
| **Ontario Tool & Rental, Inc** | | | | | | | | |
| Check | 02/08/2017 | 9316 | #060790 | Equipment Rent | | Rabo... | 250.00 | 250.00 |
| **Total Ontario Tool & Rental, Inc** | | | | | | | 250.00 | 250.00 |
| **Oregon DMV** | | | | | | | | |
| Check | 01/16/2017 | 9183 | Certified court... | Licenses & Per... | | Rabo... | 12.00 | 12.00 |
| **Total Oregon DMV** | | | | | | | 12.00 | 12.00 |
| **Oregon Secretary of State Corp Division** | | | | | | | | |
| Check | 01/23/2017 | 9085 | Domestic LLC | Licenses & Per... | | Rabo... | 100.00 | 100.00 |

**Farmers Grain, LLC**
## Expenses by Vendor Detail
### January 1 through April 17, 2017

3:00 PM
04/18/17
Accrual Basis

| Type | Date | Num | Memo | Account | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Total Oregon Secretary of State Corp Division | | | | | | | 100.00 | 100.00 |
| **Oregon Trail Transport** | | | | | | | | |
| Check | 01/11/2017 | 9059 | Inv#1226-Dec | Silage | | Rabo... | 708.43 | 708.43 |
| Check | 01/11/2017 | 9059 | Inv#1227-Dec | Corn | | Rabo... | 1,978.20 | 2,686.63 |
| Check | 01/11/2017 | 9059 | Inv#1228-Dec | Silage | | Rabo... | 2,848.33 | 5,534.96 |
| Check | 01/11/2017 | 9059 | Inv#1229-Dec | Corn | | Rabo... | 4,085.19 | 9,620.15 |
| Check | 01/11/2017 | 9059 | Inv#1377 | Wheat | | Rabo... | 2,489.95 | 12,110.10 |
| Check | 01/11/2017 | 9059 | Inv#1378 | Corn | | Rabo... | 1,067.70 | 13,177.80 |
| Check | 01/23/2017 | 9078 | Inv#1389 | Wheat | | Rabo... | 3,711.84 | 16,889.64 |
| Check | 01/25/2017 | 9091 | Inv#1391 | Wheat | | Rabo... | 648.28 | 17,537.92 |
| Check | 01/25/2017 | 9091 | Inv#1392 | Corn | | Rabo... | 1,047.00 | 18,584.92 |
| Check | 01/25/2017 | 9091 | Inv#1407 | Corn | | Rabo... | 1,063.80 | 19,648.72 |
| Check | 02/08/2017 | 9308 | Inv#1426 | Corn | | Rabo... | 993.30 | 20,642.02 |
| Check | 02/08/2017 | 9308 | Inv#1427 | Corn | | Rabo... | 458.78 | 21,100.80 |
| Check | 02/20/2017 | 9342 | Inv#1436 | Corn | | Rabo... | 1,096.50 | 22,197.30 |
| Check | 03/03/2017 | 9371 | Inv#1459 | Corn | | Rabo... | 1,072.50 | 23,269.80 |
| Check | 03/17/2017 | 5114 | Inv#1474 | Corn | | Wells... | 468.16 | 23,737.96 |
| Check | 03/17/2017 | 5114 | Inv#1475 | Corn | | Wells... | 2,077.50 | 25,815.46 |
| Check | 03/20/2017 | 5125 | Inv#1484 | Corn | | Wells... | 475.30 | 26,290.76 |
| Check | 03/20/2017 | 5125 | Inv#1493 | Corn | | Wells... | 2,050.50 | 28,341.26 |
| Check | 03/28/2017 | 5149 | Inv#1503 | Corn | | Wells... | 1,074.00 | 29,415.26 |
| Total Oregon Trail Transport | | | | | | | 29,415.26 | 29,415.26 |
| **Oregon Wheat Commission** | | | | | | | | |
| Check | 01/13/2017 | 9176 | Dec 2016 Wh... | Wheat Assess... | | Rabo... | 2,078.70 | 2,078.70 |
| Check | 02/14/2017 | 9202 | Wheat Asses... | Wheat Assess... | | Rabo... | 3,351.30 | 5,430.00 |
| Check | 03/20/2017 | 5000 | Wheat Asses... | Wheat Assess... | | Wells... | 2,665.02 | 8,095.02 |
| Check | 04/15/2017 | 5028 | Wheat Asses... | Wheat Assess... | | Wells... | 3,395.67 | 11,490.69 |
| Total Oregon Wheat Commission | | | | | | | 11,490.69 | 11,490.69 |
| **Orin Koehn** | | | | | | | | |
| Check | 03/03/2017 | | Febraury 17 ... | Car and Truck ... | | Rabo... | 150.64 | 150.64 |
| Check | 04/05/2017 | | March 2017 2... | Car and Truck ... | | Wells... | 140.00 | 290.64 |
| Total Orin Koehn | | | | | | | 290.64 | 290.64 |
| **Pat Pierson Trucking, Inc.** | | | | | | | | |
| Check | 03/20/2017 | 5126 | Inv#J1058 | Wheat | | Wells... | 872.64 | 872.64 |
| Total Pat Pierson Trucking, Inc. | | | | | | | 872.64 | 872.64 |
| **Peavey - Gavilon** | | | | | | | | |
| Check | 02/02/2017 | 9197 | 500 tons corn... | Corn Purchased | | Rabo... | 85,000.00 | 85,000.00 |
| Total Peavey - Gavilon | | | | | | | 85,000.00 | 85,000.00 |
| **Productivity Plus Account** | | | | | | | | |
| Check | 03/01/2017 | 9364 | #5043931126... | Repairs and Ma... | | Rabo... | 610.50 | 610.50 |
| Total Productivity Plus Account | | | | | | | 610.50 | 610.50 |
| **QuickBooks Payroll Service** | | | | | | | | |
| Check | 01/05/2017 | | Fee for 1 dire... | Bank Service C... | | Rabo... | 1.75 | 1.75 |
| Check | 01/18/2017 | | Fee for 1 dire... | Bank Service C... | | Rabo... | 1.75 | 3.50 |
| Check | 02/02/2017 | | Fee for 1 dire... | Bank Service C... | | Rabo... | 1.75 | 5.25 |
| Check | 02/02/2017 | | Fee for 1 dire... | Bank Service C... | | Rabo... | 1.75 | 7.00 |
| Check | 02/21/2017 | | Fee for 1 dire... | Bank Service C... | | Rabo... | 1.75 | 8.75 |
| Check | 03/02/2017 | | Fee for 1 dire... | Bank Service C... | | Rabo... | 1.75 | 10.50 |
| Check | 03/02/2017 | | Fee for 1 dire... | Bank Service C... | | Rabo... | 1.75 | 12.25 |
| Check | 03/03/2017 | | Fee for 1 dire... | Bank Service C... | | Rabo... | 1.75 | 14.00 |
| Check | 04/04/2017 | | Fee for 1 dire... | Bank Service C... | | Wells... | 1.75 | 15.75 |
| Check | 04/04/2017 | | Fee for 1 dire... | Bank Service C... | | Wells... | 1.75 | 17.50 |
| Check | 04/04/2017 | | Fee for 1 dire... | Bank Service C... | | Wells... | 1.75 | 19.25 |
| Total QuickBooks Payroll Service | | | | | | | 19.25 | 19.25 |
| **Rabo-Ag FG LOC** | | | | | | | | |
| Check | 01/03/2017 | E-Pay | January 17 In... | Rabo-Ag FG L... | | Rabo... | 18,265.29 | 18,265.29 |

**Farmers Grain, LLC**
**Expenses by Vendor Detail**
January 1 through April 17, 2017

3:00 PM
04/18/17
Accrual Basis

| Type | Date | Num | Memo | Account | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 02/01/2017 | E-Pay | Febraury 17 I... | Rabo-Ag FG L... | | Rabo... | 26,128.83 | 44,394.12 |
| Check | 03/01/2017 | E-Pay | March 17 Inte... | Rabo-Ag FG L... | | Rabo... | 19,482.28 | 63,876.40 |
| Check | 04/01/2017 | E-Pay | April 17 Intere... | Rabo-Ag FG L... | | Rabo... | 21,323.72 | 85,200.12 |
| Total Rabo-Ag FG LOC | | | | | | | 85,200.12 | 85,200.12 |
| **Rabo-Agrifinance #0350** | | | | | | | | |
| Check | 01/13/2017 | E-Pay | SC Jan 17 | Loan Fee | | Rabo... | 419.09 | 419.09 |
| Check | 02/14/2017 | E-Pay | SC Feb 17 | Bank Service C... | | Rabo... | 385.78 | 804.87 |
| Check | 03/14/2017 | E-Pay | SC March 17 | Bank Service C... | | Rabo... | 325.38 | 1,130.25 |
| Total Rabo-Agrifinance #0350 | | | | | | | 1,130.25 | 1,130.25 |
| **S & S Disposal** | | | | | | | | |
| Check | 01/18/2017 | 9069 | #471848 | Utilities | | Rabo... | 100.00 | 100.00 |
| Check | 02/20/2017 | 9337 | #471848 | Utilities | | Rabo... | 100.00 | 200.00 |
| Check | 03/21/2017 | 5139 | #471848 | Utilities | | Wells... | 100.00 | 300.00 |
| Check | 04/11/2017 | 5168 | #471848 | Utilities | | Wells... | 100.00 | 400.00 |
| Total S & S Disposal | | | | | | | 400.00 | 400.00 |
| **S&P Trucking, LLC** | | | | | | | | |
| Check | 01/11/2017 | 9060 | Inv#5026-Dec | Corn | | Rabo... | 860.16 | 860.16 |
| Check | 01/11/2017 | 9060 | Inv#5037-Dec | Corn | | Rabo... | 2,282.56 | 3,142.72 |
| Check | 01/11/2017 | 9060 | Inv#5047-Dec | Corn | | Rabo... | 901.88 | 4,044.60 |
| Check | 01/11/2017 | 9060 | Inv#5051-Dec | Corn | | Rabo... | 459.48 | 4,504.08 |
| Check | 01/11/2017 | 9060 | Inv#5056 | Corn | | Rabo... | 876.96 | 5,381.04 |
| Check | 01/11/2017 | 9060 | Inv#5063 | Corn | | Rabo... | 881.58 | 6,262.62 |
| Check | 01/11/2017 | 9060 | Inv#5074 | Corn | | Rabo... | 920.78 | 7,183.40 |
| Check | 01/11/2017 | 9060 | Inv#5075 | Corn | | Rabo... | 1,709.54 | 8,892.94 |
| Check | 01/11/2017 | 9060 | Inv#5084 | Corn | | Rabo... | 438.20 | 9,331.14 |
| Check | 01/11/2017 | 9060 | Inv#5094 | Corn | | Rabo... | 429.94 | 9,761.08 |
| Check | 01/11/2017 | 9060 | Inv#5100 | Corn | | Rabo... | 471.10 | 10,232.18 |
| Check | 01/11/2017 | 9060 | Inv#5112/App... | Corn | | Rabo... | 857.50 | 11,089.68 |
| Check | 01/23/2017 | 9080 | Inv#5114 | Corn | | Rabo... | 479.36 | 11,569.04 |
| Check | 01/23/2017 | 9080 | Inv#5121 | Corn | | Rabo... | 1,361.08 | 12,930.12 |
| Check | 01/23/2017 | 9080 | Inv#5127 | Corn | | Rabo... | 450.10 | 13,380.22 |
| Check | 01/23/2017 | 9080 | Inv#5132 | Corn | | Rabo... | 1,366.40 | 14,746.62 |
| Check | 01/23/2017 | 9080 | Inv#5139 | Corn | | Rabo... | 461.44 | 15,208.06 |
| Check | 01/23/2017 | 9080 | Inv#5148 | Corn | | Rabo... | 1,866.48 | 17,074.54 |
| Check | 01/23/2017 | 9080 | Inv#5159 | Corn | | Rabo... | 2,662.38 | 19,736.92 |
| Check | 01/25/2017 | 9092 | Inv#5178 | Corn | | Rabo... | 889.70 | 20,626.62 |
| Check | 01/25/2017 | 9092 | Inv#5183 | Corn | | Rabo... | 1,376.20 | 22,002.82 |
| Check | 01/25/2017 | 9092 | Inv#5190 | Corn | | Rabo... | 892.50 | 22,895.32 |
| Check | 02/01/2017 | 9304 | Inv#5199 | Corn | | Rabo... | 941.36 | 23,836.68 |
| Check | 02/01/2017 | 9304 | Inv#5207 | Corn | | Rabo... | 1,769.46 | 25,606.14 |
| Check | 02/01/2017 | 9304 | Inv#5210 | Corn | | Rabo... | 1,322.72 | 26,928.86 |
| Check | 02/01/2017 | 9304 | Inv#5212 | Corn | | Rabo... | 1,319.08 | 28,247.94 |
| Check | 02/01/2017 | 9304 | Inv#5218 | Corn | | Rabo... | 441.84 | 28,689.78 |
| Check | 02/08/2017 | 9310 | Inv#5223 | Corn | | Rabo... | 1,325.24 | 30,015.02 |
| Check | 02/08/2017 | 9310 | Inv#5232 | Corn | | Rabo... | 2,240.98 | 32,256.00 |
| Check | 02/08/2017 | 9310 | Inv#5242 | Corn | | Rabo... | 1,808.10 | 34,064.10 |
| Check | 02/08/2017 | 9310 | Inv#5249 | Corn | | Rabo... | 1,827.42 | 35,891.52 |
| Check | 02/08/2017 | 9310 | Inv#5262 | Corn | | Rabo... | 1,849.12 | 37,740.64 |
| Check | 02/20/2017 | 9345 | Inv#5267 | Corn | | Rabo... | 923.86 | 38,664.50 |
| Check | 02/20/2017 | 9345 | Inv#5277 | Corn | | Rabo... | 1,746.22 | 40,410.72 |
| Check | 02/20/2017 | 9345 | Inv#5287 | Corn | | Rabo... | 1,371.02 | 41,781.74 |
| Check | 02/20/2017 | 9345 | Inv#5314 | Corn | | Rabo... | 948.08 | 42,729.82 |
| Check | 02/20/2017 | 9345 | Inv#5324 | Corn | | Rabo... | 428.26 | 43,158.08 |
| Check | 02/20/2017 | 9345 | Inv#5332 | Corn | | Rabo... | 1,379.14 | 44,537.22 |
| Check | 02/20/2017 | 9345 | Inv#5338 | Corn | | Rabo... | 2,199.54 | 46,736.76 |
| Check | 02/25/2017 | 9352 | Inv#5345 | Corn | | Rabo... | 1,811.46 | 48,548.22 |
| Check | 02/25/2017 | 9352 | Inv#5383 | Corn | | Rabo... | 899.78 | 49,448.00 |
| Check | 03/03/2017 | 9372 | Inv#5393 | Corn | X | Rabo... | 0.00 | 49,448.00 |
| Check | 03/03/2017 | 9372 | Inv#5398 | Corn | X | Rabo... | 0.00 | 49,448.00 |
| Check | 03/03/2017 | 9372 | Inv#5400 | Corn | X | Rabo... | 0.00 | 49,448.00 |
| Check | 03/03/2017 | 9372 | Inv#5407 | Corn | X | Rabo... | 0.00 | 49,448.00 |
| Check | 03/03/2017 | 9372 | Inv#5415 | Corn | X | Rabo... | 0.00 | 49,448.00 |
| Check | 03/17/2017 | 5116 | Inv#5393 | Corn | | Wells... | 2,261.98 | 51,709.98 |

3:00 PM

04/18/17

Accrual Basis

**Farmers Gram, LLC**

## Expenses by Vendor Detail
### January 1 through April 17, 2017

| Type | Date | Num | Memo | Account | Clr | Split | Amount | Balance |
|------|------|-----|------|---------|-----|-------|--------|---------|
| Check | 03/17/2017 | 5116 | Inv#5398 | Corn | | Wells... | 1,347.22 | 53,057.20 |
| Check | 03/17/2017 | 5116 | Inv#5400 | Corn | | Wells... | 424.90 | 53,482.10 |
| Check | 03/17/2017 | 5116 | Inv#5407 | Corn | | Wells... | 1,390.90 | 54,873.00 |
| Check | 03/17/2017 | 5116 | Inv#5415 | Corn | | Wells... | 940.10 | 55,813.10 |
| Check | 03/17/2017 | 5116 | Bank Fee | Bank Service C... | | Wells... | 20.00 | 55,833.10 |
| Check | 03/17/2017 | 5120 | Inv#5419 | Corn | | Wells... | 2,255.40 | 58,088.50 |
| Check | 03/17/2017 | 5120 | Inv#5427 | Corn | | Wells... | 2,306.92 | 60,395.42 |
| Check | 03/17/2017 | 5120 | Inv#5438 | Corn | | Wells... | 1,765.68 | 62,161.10 |
| Check | 03/20/2017 | 5128 | Inv#5440 | Corn | | Wells... | 1,871.38 | 64,032.48 |
| Check | 03/20/2017 | 5128 | Inv#5454 | Corn | | Wells... | 1,415.54 | 65,448.02 |
| Check | 03/20/2017 | 5128 | Inv#5462 | Corn | | Wells... | 1,318.66 | 66,766.68 |
| Check | 03/20/2017 | 5128 | Inv#5472 | Corn | | Wells... | 469.98 | 67,236.66 |
| Check | 03/23/2017 | 5143 | Inv#5478 | Corn | | Wells... | 2,238.74 | 69,475.40 |
| Check | 03/23/2017 | 5143 | Inv#5483 | Corn | | Wells... | 1,840.30 | 71,315.70 |
| Check | 03/23/2017 | 5143 | Inv#5485 | Corn | | Wells... | 1,308.86 | 72,624.56 |
| Check | 03/27/2017 | 5144 | Inv#5497 | Corn | | Wells... | 455.84 | 73,080.40 |
| Check | 03/27/2017 | 5144 | Inv#5515 | Corn | | Wells... | 2,726.50 | 75,806.90 |
| Check | 04/03/2017 | 5162 | Inv#5503 | Corn | | Wells... | 3,181.78 | 78,988.68 |
| Check | 04/03/2017 | 5162 | Inv#5520 | Corn | | Wells... | 2,302.58 | 81,291.26 |
| Check | 04/03/2017 | 5162 | Inv#5525 | Corn | | Wells... | 2,702.56 | 83,993.82 |
| Check | 04/03/2017 | 5162 | Inv#5527 | Corn | | Wells... | 1,870.26 | 85,864.08 |
| Check | 04/03/2017 | 5162 | Inv#5539 | Corn | | Wells... | 454.16 | 86,318.24 |
| **Total S&P Trucking, LLC** | | | | | | | **86,318.24** | **86,318.24** |
| | | | | | | | | |
| **SAIF Corporation** | | | | | | | | |
| Check | 01/18/2017 | E-Pay | #760679 | Workers Comp... | | Rabo... | 1,043.25 | 1,043.25 |
| Check | 03/24/2017 | E-pay | #760679 | Workers Comp... | | Wells... | 234.00 | 1,277.25 |
| **Total SAIF Corporation** | | | | | | | **1,277.25** | **1,277.25** |
| | | | | | | | | |
| **Scales Northwest** | | | | | | | | |
| Check | 01/01/2017 | 9041 | Scale at FG/I... | Repairs and Ma... | | Rabo... | 24,398.00 | 24,398.00 |
| Check | 01/23/2017 | 9076 | Scale at FG/I... | Repairs and Ma... | | Rabo... | 27,097.00 | 51,495.00 |
| **Total Scales Northwest** | | | | | | | **51,495.00** | **51,495.00** |
| | | | | | | | | |
| **Snake River Pest Specialties** | | | | | | | | |
| Check | 01/23/2017 | 9082 | Pest Control | Repairs and Ma... | | Rabo... | 70.00 | 70.00 |
| Check | 02/25/2017 | 9349 | Pest Control | Repairs and Ma... | X | Rabo... | 0.00 | 70.00 |
| Check | 03/17/2017 | 5118 | Inv#34910 | Repairs and Ma... | | Wells... | 120.00 | 190.00 |
| Check | 03/17/2017 | 5118 | Next Invoice | Repairs and Ma... | | Wells... | 70.00 | 260.00 |
| **Total Snake River Pest Specialties** | | | | | | | **260.00** | **260.00** |
| | | | | | | | | |
| **Sprint** | | | | | | | | |
| Check | 02/06/2017 | 9306 | #758276762-... | Telephone Exp... | | Rabo... | 44.89 | 44.89 |
| Check | 03/17/2017 | 5102 | #758276762-... | Telephone Exp... | | Wells... | 44.89 | 89.78 |
| Check | 04/03/2017 | 5156 | #758276762-... | Telephone Exp... | | Wells... | 46.69 | 136.47 |
| **Total Sprint** | | | | | | | **136.47** | **136.47** |
| | | | | | | | | |
| **Stunz Lumber Co, Inc** | | | | | | | | |
| Check | 02/13/2017 | 9332 | | Supplies | | Rabo... | 4.59 | 4.59 |
| Check | 03/03/2017 | 9369 | | Supplies | | Rabo... | 120.12 | 124.71 |
| Check | 04/03/2017 | 5155 | | Supplies | | Wells... | 68.97 | 193.68 |
| **Total Stunz Lumber Co, Inc** | | | | | | | **193.68** | **193.68** |
| | | | | | | | | |
| **Travelers Oasis Truck Plaza** | | | | | | | | |
| Check | 01/19/2017 | 124 | 26 in Latitude ... | Supplies | | Cash | 26.49 | 26.49 |
| **Total Travelers Oasis Truck Plaza** | | | | | | | **26.49** | **26.49** |
| | | | | | | | | |
| **Treasure Valley Tax Svcs** | | | | | | | | |
| Check | 01/23/2017 | 9086 | Inv#21050 | Professional Fe... | | Rabo... | 730.15 | 730.15 |
| Check | 02/10/2017 | 9320 | Inv#21272 | Professional Fe... | | Rabo... | 838.50 | 1,568.65 |
| Check | 04/17/2017 | 5194 | Inv#22889 | Professional Fe... | | Wells... | 197.00 | 1,765.65 |
| **Total Treasure Valley Tax Svcs** | | | | | | | **1,765.65** | **1,765.65** |

3:00 PM
04/18/17
Accrual Basis

# Farmers Gram, LLC
## Expenses by Vendor Detail
### January 1 through April 17, 2017

| Type | Date | Num | Memo | Account | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **TruckPro LLC Six States** | | | | | | | | |
| Check | 02/10/2017 | 9323 | #61113 | Repairs and Ma... | | Rabo... | 495.81 | 495.81 |
| Check | 03/17/2017 | 5115 | #61113 | Repairs and Ma... | | Wells... | 506.35 | 1,002.16 |
| Total TruckPro LLC Six States | | | | | | | 1,002.16 | 1,002.16 |
| **Valley Wide Coop** | | | | | | | | |
| Check | 01/07/2017 | 128 | Power service... | Supplies | | Cash | 32.84 | 32.84 |
| Check | 02/13/2017 | 9330 | #104456 | Gasoline, Fuel ... | | Rabo... | 1,468.77 | 1,501.61 |
| Check | 02/13/2017 | 9330 | #104456 | Supplies | | Rabo... | 152.62 | 1,654.23 |
| Check | 03/17/2017 | 5109 | #104456 | Gasoline, Fuel ... | | Wells... | 1,931.76 | 3,585.99 |
| Check | 03/17/2017 | 5109 | #104456 | Supplies | | Wells... | 134.59 | 3,720.58 |
| Check | 03/17/2017 | 5109 | #104456 | Repairs and Ma... | | Wells... | 300.00 | 4,020.58 |
| Total Valley Wide Coop | | | | | | | 4,020.58 | 4,020.58 |
| **Verizon** | | | | | | | | |
| Check | 02/06/2017 | 9307 | #771731302-... | Telephone Exp... | | Rabo... | 377.90 | 377.90 |
| Check | 03/01/2017 | 9367 | VOID: #7717... | Telephone Exp... | X | Rabo... | 0.00 | 377.90 |
| Total Verizon | | | | | | | 377.90 | 377.90 |
| **Vicente Moreno** | | | | | | | | |
| Check | 01/16/2017 | 127 | Reimbursed ... | Supplies | | Cash | 24.37 | 24.37 |
| Total Vicente Moreno | | | | | | | 24.37 | 24.37 |
| **Warren and Jim Farmer** | | | | | | | | |
| Check | 02/17/2017 | 9207 | Land rent on ... | Rent Expense | | Rabo... | 1,155.00 | 1,155.00 |
| Total Warren and Jim Farmer | | | | | | | 1,155.00 | 1,155.00 |
| **Wells Fargo (Cashiers- Angstman Johnson)** | | | | | | | | |
| Check | 03/30/2017 | 5017 | Lawyer on ba... | Professional Fe... | | Wells... | 30,000.00 | 30,000.00 |
| Check | 03/30/2017 | 5017 | Cashier Check | Bank Service C... | | Wells... | 10.00 | 30,010.00 |
| Total Wells Fargo (Cashiers- Angstman Johnson) | | | | | | | 30,010.00 | 30,010.00 |
| **Wells Fargo Bank** | | | | | | | | |
| Check | 04/03/2017 | E-Pay | Wire Fee | Bank Service C... | | Wells... | 30.00 | 30.00 |
| Total Wells Fargo Bank | | | | | | | 30.00 | 30.00 |
| **Western National Insurance Group** | | | | | | | | |
| Check | 01/14/2017 | 9067 | #0001009637 | Insurance Expe... | | Rabo... | 4,043.78 | 4,043.78 |
| Check | 03/20/2017 | 5122 | #0001009637... | Insurance Expe... | | Wells... | 8,398.50 | 12,442.28 |
| Check | 04/17/2017 | 5196 | #0001009637... | Insurance Expe... | | Wells... | 4,201.75 | 16,644.03 |
| Total Western National Insurance Group | | | | | | | 16,644.03 | 16,644.03 |
| **Western Stockmens** | | | | | | | | |
| Check | 02/17/2017 | 9336 | Inv#414047335 | Corn Purchased | | Rabo... | 6,794.56 | 6,794.56 |
| Check | 02/17/2017 | 9336 | Inv#414047336 | Corn Purchased | | Rabo... | 6,797.38 | 13,591.94 |
| Total Western Stockmens | | | | | | | 13,591.94 | 13,591.94 |
| **Western Trailers** | | | | | | | | |
| Check | 02/10/2017 | 9326 | #13451 | Repairs and Ma... | | Rabo... | 948.44 | 948.44 |
| Check | 03/20/2017 | 5131 | #13451 | Repairs and Ma... | | Wells... | 2,259.37 | 3,207.81 |
| Total Western Trailers | | | | | | | 3,207.81 | 3,207.81 |
| **Wienhoff Drug Testing** | | | | | | | | |
| Check | 02/10/2017 | 9318 | Inv#67897 | Drug Testing | | Rabo... | 55.00 | 55.00 |
| Total Wienhoff Drug Testing | | | | | | | 55.00 | 55.00 |
| **TOTAL** | | | | | | | 2,956,289.06 | 2,956,289.06 |

## United States Bankruptcy Court
### District of Idaho

In re __FARMERS GRAIN, LLC_____     Case No. _____
                                          Debtor(s)          Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Chet Millsap<br>3427 SW 3rd Ave<br>New Plymouth, ID 83655 | Member | 5% | Membership |
| Chris Unruh<br>25225 Hipwell Lane<br>Grand View, ID 83624 | Member | 22.5% | Membership |
| David R. Unruh Trust<br>PO Box 458<br>Montezuma, KS 67867 | Member | 22.5% | Membership |
| Dwonn Unruh<br>5565 Sunset Road<br>Fruitland, ID 83619 | Member | 5% | Membership |
| Galen Jantz<br>1275 Hwy 20/26<br>Vale, OR 97918 | Member | 40% | Membership |
| Orin Koehn<br>2775 SW 1st Ave<br>New Plymouth, ID 83655 | Member | 5% | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __April 18, 2017_____        Signature  __/s/ Galen Jantz_____
                                                             __Galen Jantz_____

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Idaho

In re  **FARMERS GRAIN, LLC**

Debtor(s)

Case No.
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 18, 2017**

**/s/ Galen Jantz**
**Galen Jantz/Manager**
Signer/Title

AGL Trucking
Post Office Box 110
Jerome, ID 83338-0110


Agricharts
209 W. Jackson Blvd 2nd FLR
Chicago, IL 60606


Bruce Cruickshank
10572 Virginia Lane
Payette, ID 83661


Burke Electric, INC.
Post Office Box 28
Payette, ID 83661


C M Enterprises
32219 Fort Lane
Parma, ID 83660


Cascade Natural Gas
Post Office Box 99065
Boise, ID 83799-0065


Chris Unruh
25225 Hipwell Lane
Grand View, ID 83624


Connell Grain Growers
3132 Road O NE
Moses Lake, WA 98837


DC Land-Mark Combs
Mark Combs
29863 Farmway Road
Caldwell, ID 83607

DCS Technologies, LLC
2090 Center Avenue
Payette, ID 83661


Deseret Farms
Post Office Box 1585
Nyssa, OR 97913


Doug Stipe
3555 Clark Blvd
Ontario, OR 97914


Frahm Farm
Rod Frahm
418 King Avenue
Ontario, OR 97914


Galen Jantz
1547 Vale View Road
Vale, OR 97918


Gavilon
1111 Bedke Boulevard
Post Office Box 1089
Burley, ID 83318


Harlen Garner
1041 Janetta Ave
Nyssa, OR 97913


Hartley Farms   Feedlot
552 Enterprise Avenue
Nyssa, OR 97913


Jensen Farms, LLC
2436 11th Ave E
Vale, OR 97918

Jim Belnap
1764 3rd Ave
Vale, OR 97918


JLJ Farms, LLC
29862 Emmett Road
Caldwell, ID 83607


Lansing Trade Group
815 Highway 26
Bliss, ID 83314


Millington Zwygart CPA
1803 Ellis Avenue
Caldwell, ID 83605


MUA
Post Office Box 338 Montezum
Montezuma, KS 67867


Napa Auto Parts
Post Office Box 1425
Twin Falls, ID 83303-1425


Oregon Dept. of Revenue
Post Office Box 14725
Salem, OR 97309-5018


Oregon Trail Transport
62833 Buchanan Lane
La Grande, OR 97850


Rabo AgriFinance LLC
6919 Chancellor Drive
Cedar Falls, IA 50613

S P Trucking, LLC
835 NE Union
Mountain Home, ID 83647


SAIF Corporation
400 High Steet SE
Salem, OR 97312


Scott Cruickshank
1746 Pennington Drive
Ontario, OR 97914


Treasure Valley Tax Services
Post Office Box 726


Valley Wide Cooperative
1833 S. Lincoln Avenue
Jerome, ID 83338


Verizon Wireless
Post Office Box 660108
Dallas, TX 75266-0108


WBH Farms
743 Beet Dump Road
Nyssa, OR 97913

# United States Bankruptcy Court
## District of Idaho

In re   **FARMERS GRAIN, LLC**
                           Debtor(s)

Case No.
Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **FARMERS GRAIN, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 18, 2017
Date

**/s/ Matthew T. Christensen**
**Matthew T. Christensen 7213**
Signature of Attorney or Litigant
Counsel for   **FARMERS GRAIN, LLC**
**ANGSTMAN JOHNSON**
**3649 N. Lakeharbor Lane**
**Boise, ID 83703**
**208-384-8588 Fax:208-853-0117**
**info@angstman.com**