UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17-00450-TLM |
| FARMERS GRAIN, LLC ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |

**ORDER APPROVING APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES AND FEES FOR COUNSEL**

The Application for Allowance of Administrative Expenses and Fees for Counsel (Doc 187 – the "Application") having come before the Court; the Court having reviewed the Application and the full itemization of fees and costs, no objections to the Application having been filed, and good cause appearing therefore;

IT IS HEREBY ORDERED AND THIS DOES ORDER that Counsel is granted fees and costs in the amount of $33,880.95 representing $852.95 for reimbursement of costs and $33,028.00 for attorney's fees.

Due to the conversion of this case to one proceeding under Chapter 7 of the Bankruptcy Code, said fees and reimbursement shall be paid pursuant to the terms of 11 U.S.C. §726, with Debtor's counsel having a claim under 11 U.S.C. 503(b), which shall be paid according to the provisions of 11 U.S.C. §§507 and 726.

// end of text //

DATED: February 20, 2018



/s/ Terry L. Myers

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

Order submitted by: Matthew T. Christensen, attorney for Debtor