**Jed W. Manwaring ISB #3040**
**Christy A. Kaes ISB #4852**
**EVANS KEANE LLP**
**1161 W. River Street, Suite 100**
**P. O. Box 959**
**Boise, Idaho 83701-0959**
**Telephone: (208) 384-1800**
**Facsimile: (208) 345-3514**
**E-mail: jmanwaring@evanskeane.com**
**E-mail: ckaes@evanskeane.com**

**Attorney for Trustee, Noah G. Hillen**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| **In Re:** | **Case No.17-00450-TLM** |
| **FARMERS GRAIN, LLC,** | **Chapter 7** |
| Debtor. | |

### TRUSTEE'S APPLICATION TO EMPLOY ATTORNEYS
### AND VERIFICATION OF ATTORNEY

> **Notice of Trustee's Application to Employ Attorneys and Verification of Attorney and Opportunity to Object and for a Hearing**
>
> <u>No Objection</u>.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 21 days of service of this notice.
>
> If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> <u>Objection</u>.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.
>
> <u>Hearing on Objection</u>.  The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

*TRUSTEE'S APPLICATION TO EMPLOY ATTORNEYS AND VERIFICATION OF ATTORNEY - 1*

Pursuant to 11 *U.S.C. §* 327 the application of Noah G. Hillen, Trustee, respectfully alleges:

1. Applicant is the duly qualified and acting trustee in the above case.

2. The Trustee's previously approved attorney, Joseph M. Meier, has a new employment assignment and cannot continue to represent the Trustee. An attorney to substitute in for Mr. Meier is needed to continue negotiations and approval for: negotiations and notices of sale, auction, and sale of assets. The Attorney for the Trustee would also pursue avoidance actions as needed. Potential legal problems include but are not limited to: potential need for avoidance of certain transfers of real and personal property, avoidance of payments to insiders, avoidance of improper security interests, and any remaining issues that may arise in the continued administration of this case.

3. The facts underlying these legal problems include but are not limited to: a pending opportunity to sell assets; negotiations and notice procedures on a proposed sale; review of pre-petition transfers and possible avoidance actions; and other issues and procedures, unknown to date which may arise.

4. Applicant alleges that the attorneys, including Jed W. Manwaring of the law firm of Evans Keane LLP, whose address is 1161 W. River St., Suite 100, P.O. Box 959, Boise, ID 83701-0959, would be competent and disinterested attorneys to represent your applicant.

5. These attorneys have been selected because of their familiarity with the Bankruptcy Code and experience in representing bankruptcy estates. The professional services to be rendered by the attorneys include but are not limited to: drafting pleadings; reviewing pleadings filed by other parties; negotiations on sale and notices; and avoidance or collection complaints; and any other legal services the estate/trustee may require.

*TRUSTEE'S APPLICATION TO EMPLOY ATTORNEYS AND VERIFICATION OF ATTORNEY - 2*

6. Applicant believes that said law firm and its members and associates do not hold or represent any interest adverse to debtor's estate and have no connection with the United States Trustee's Office ("USTO") or any person employed in the USTO. Trustee believes that said law firm is a disinterested person within the meaning of 11 *U.S.C. § 101(14)*.

7. Applicant is informed that the normal hourly billing rates of said law firm at the time of this Application are $250 per hour for partners, $225 for associates and $85 for paralegals. I have contracted with said law firm pursuant to the Attorney/Client Contract attached hereto. It is required that said attorneys will seek compensation pursuant to the Bankruptcy Code with Applications for Compensation to be reviewed and approved by the Bankruptcy Court as permitted by 11 *U.S.C. §§* 330 and 331.

WHEREFORE, Applicant prays that the estate be authorized to employ the firm of Evans Keane LLP generally as his attorney to render services in the areas described above with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow.

Dated this 16th day of March, 2018.

        /s/ Noah G. Hillen
        Noah G. Hillen, Trustee

*TRUSTEE'S APPLICATION TO EMPLOY ATTORNEYS AND VERIFICATION OF ATTORNEY - 3*

## VERIFICATION OF ATTORNEY

I, JED W. MANWARING, do hereby verify and state that I am an attorney at law duly admitted to the practice in the State of Idaho. I am a partner with the law firm of Evans Keane LLP in Boise, Idaho. I do not, and other attorneys in this firm do not, hold or represent any interest adverse to the estate. To the best of my knowledge, we do not represent or have connections to the Debtors, any creditors, any other party in interest, or their respective attorneys and accountants. Further, I and the attorneys in this firm are "disinterested persons" under 11 *U.S.C. §* 101(14) in that we: are not a creditor, equity security holder or an insider of the Debtors; do not have any connection to the United States Trustee's Office ("USTO") or anyone employed by the USTO; and do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

By way of full disclosure, I have received two calls over the last couple of years from creditors/growers connected to the above case. In addition, I have discussed the above case on previous occasions with my son Beau Manwaring who had previous ideas of raising investors to buy and/or operate the debtor's grain facility. However, I did not undertake to represent any of those who talked with me, I performed no services for any of those persons, and I did not receive any confidential information regarding the case, creditors, and/or the estate and Trustee.

Pursuant to disclosure required by Rule 2014, to the best of my knowledge, I and the attorneys in this firm do not have any connections with the Debtors, creditors, any other party

in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

Dated this 16th day of March, 2018.

        EVANS KEANE LLP

        By  /s/ Jed W. Manwaring
          Jed W. Manwaring, Of the Firm
          Attorneys for Trustee

*TRUSTEE'S APPLICATION TO EMPLOY ATTORNEYS AND VERIFICATION OF ATTORNEY - 5*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 16th day of March, 2018, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

- **W Dallas Burkhalter**    dallas.burkhalter@isda.idaho.gov
- **Brett R Cahoon**    ustp.region18.bs.ecf@usdoj.gov
- **Matthew Todd Christensen**    mtc@angstman.com, mtcecf@gmail.com;govai@angstman.com;ecf@angstman.com;atty_christensen@bluestylus.com
- **D Blair Clark**    dbc@dbclarklaw.com, mbc@dbclarklaw.com;maryann@dbclarklaw.com;jeffrey@dbclarklaw.com;reception@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com
- **Randal J French**    rfrench@rfrenchlaw.net, G19430@notify.cincompass.com
- **Patrick John Geile**    pgeile@foleyfreeman.com, rboyle@foleyfreeman.com;r59345@notify.bestcase.com
- **Daniel C Green**    dan@racinelaw.net, rag@racinelaw.net;hml@racinelaw.net
- **Noah G. Hillen**    ngh@hillenlaw.com, dlr@hillenlaw.com;llm@hillenlaw.com;sellassets@ecf.inforuptcy.com;ID14@ecfcbis.com
- **Kirk J Houston**    kjhouston@hollandhart.com, slgust@hollandhart.com;boiseintaketeam@hollandhart.com
- **Michael R Johnson**    mjohnson@rqn.com, dburton@rqn.com;docket@rqn.com
- **Jeffrey Philip Kaufman**    jeffrey@dbclarklaw.com, maryann@dbclarklaw.com;mbblair@dbclarklaw.com;dbc@dbclarklaw.com;reception@dbclarklaw.com
- **R Ron Kerl**    Ron@cooper-larsen.com, kelli@cooper-larsen.com,bobbi@cooper-larsen.com
- **David Henry Leigh**    dleigh@rqn.com, dburton@rqn.com;docket@rqn.com
- **Joseph M Meier**    jmeier@cosholaw.com, mrichmond@cosholaw.com
- **Jace A. Richards**    jrichards@strategicsos.com, telmblad@strategicsos.com
- **Sheila Rae Schwager**    sschwager@hawleytroxell.com, cdavenport@hawleytroxell.com
- **US Trustee**    ustp.region18.bs.ecf@usdoj.gov

                                              /s/ Jed W. Manwaring
                                              Jed W. Manwaring

## ATTORNEY/CLIENT CONTRACT

On this 16th day of March, 2018, **Noah G. Hillen, as Trustee of the Bankruptcy Estate of Farmers Grain, LLC,** hereinafter called "Client", does hereby request and authorize the firm of Evans Keane LLP, hereinafter called "Attorneys", to represent Client as legal counsel for the bankruptcy estate.

i) Attorneys will devote their full professional abilities to Client's case, and Client agrees to cooperate fully with Attorneys.

ii) Subject to the requirements of the Bankruptcy Code with application to and approval of the United States Bankruptcy Court, District of Idaho, Client agrees to pay Attorneys for their services an hourly rate of $250.00 per hour for Partners, $225.00 per hour for Associates and $85 per hour for paralegals.

iii) Attorneys agree that only the bankruptcy estate may be pursued for payment of the legal fees. In the event no funds are available in the bankruptcy estate or the bankruptcy court disallows payment, Attorneys will receive no payment.

iv) Client agrees to reimburse Attorneys for all out-of-pocket expenses incurred reasonably and necessarily incurred by the Attorneys, including, but not limited to: copies, long distant telephone charges, postage and special notice supplies, filing fees, transcripts, depositions, certification fees, recording fees, expert witness fees, title reports, subpoena fees, *etc*. Said reimbursements are also subject to the requirements of the Bankruptcy Code with application to and approval of the United States Bankruptcy Court, District of Idaho.

v) Client agrees that Attorneys have made no promises or guarantees regarding the resolution of Client's issues or legal problems. Client and Attorneys reserve the right, subject to Bankruptcy Court approval, to terminate this Contract.

I HAVE READ THIS CONTRACT AND AGREE TO ITS TERMS AND CONDITIONS. THERE ARE NO OTHER AGREEMENTS BETWEEN CLIENT AND ATTORNEYS EXCEPT THOSE EXPRESSLY SET FORTH IN THIS CONTRACT.

/s/   Noah G. Hillen
Noah G. Hillen, Trustee

EVANS KEANE LLP

By: /s/   Jed W. Manwaring
Jed W. Manwaring, of the Firm