**Jed W. Manwaring ISB #3040**
**EVANS KEANE LLP**
**1161 W. River Street, Suite 100**
**P. O. Box 959**
**Boise, Idaho 83701-0959**
**Telephone: (208) 384-1800**
**Facsimile: (208) 345-3514**
**E-mail: jmanwaring@evanskeane.com**

**Attorneys for Trustee, Noah G. Hillen**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In Re:  FARMERS GRAIN, LLC,  Debtor. | Case No. 17-00450-TLM  Chapter 7 |
|---|---|

### MOTION FOR APPROVAL OF COMPROMISE
### RE: DAVID CHRIS UNRUH

> **No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice.
>
> If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> **Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> **Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

Pursuant to Bankruptcy Rule 2002(a)(3) and 9019, Trustee Noah Hillen ("Trustee") moves this Court for approval of a compromise with David Chris Unruh whereby Unruh will pay the estate $17,000 and withdraw all his Proofs of Claim. In exchange, the Trustee will dismiss the Complaint with prejudice in Adversary Proc. 19-06028-TLM. In support of this compromise, Trustee alleges as follows:

*MOTION FOR APPROVAL OF COMPROMISE RE: DAVID CHRIS UNRUH - 1*

1. The Debtor originally filed a Petition for relief under Chapter 11 of the Bankruptcy Code on April 18, 2017 (the "Petition Date").  The Debtor was a grain dealer and elevator operation doing business, buying, selling, and storing corn and other grains in the market area of Southern Idaho and Eastern Oregon.

2. On August 15, 2017, this Court converted the DIP's case to a case under Chapter 7 [Dkt. 91].  The next day, the Court approved the appointment of the Trustee Noah G. Hillen as the Chapter 7 Trustee [Dkt. 93].

3. David Chris Unruh ("Unruh") filed unsecured Proofs of Claim Nos. 25 and 26 on December 21, 2017, in the respective amounts of $1,015,597.20 and $4,250,000.00.  Unruh was a member of the Debtor, Farmers Grain LLC, with a purported 22% equity interest.

4. On March 23, 2017, the Debtor issued and paid check No. 5007 to Unruh in the amount of $79,988.00.  The payment was for wheat which Unruh bought from the August 2016 harvest of another local farmer, and then re-sold the wheat to the Debtor.  Unruh was not the grower of the wheat and has no documents regarding the transaction.

5. On April 9, 2019, Trustee filed a Complaint against Unruh in Adv. P. No. 19-06028-TLM ("Adversary Proceeding") alleging that the payment of the $79,988 check was a preferential transfer.

**PROPOSED SETTLEMENT**

6. The Trustee and Unruh have agreed to compromise the Adversary Proceeding, subject to approval by this Court, based upon the following terms:

   a. Unruh will pay $17,000 to the Estate/Trustee;

   b. Unruh will withdraw Proof of Claim No. 25 in the amount of $1,015.597.20 and Proof of Claim No. 26 in the amount of $4,250,000.00, and will further waive any proof of claim based upon the $17,000 payment;

   c. Trustee will dismiss the Complaint with prejudice in the Adversary Proceeding; and,

d.  The parties will enter a Mutual Release.

## ANALYSIS OF PROPOSED SETTLEMENT

7. Subject to Court approval, the Trustee asserts that the proposed settlement is a "fair and equitable" and is in the best interests of the Estate and Creditors. Said resolution of the dispute, is based upon factors such as the: probability of successfully litigating the claim; difficulty in enforcement of judgments; the complexity, expense and delay of the litigation; the risk of non-collection; and the paramount interest of creditors. *In re Marples,* 266 B.R. 202, 206, 01.3 I.B.C.R. 116, 118 (Bankr. D. Idaho 2001); *Martin v. Kane (In re A & C Properties),* 784 F. 2d 1377, 1381-83 (9th Cir. 1986).

## PROBABILITY OF SUCCESSFULLY LITIGATING THE CLAIMS

8. From the Trustee's perspective, the preference claim against Unruh is relatively strong. All the elements of Bankruptcy Code §547(b) appear to be present and the defenses under Bankruptcy Code §547(c) appear weak. So the likelihood of prevailing is present albeit there is always a risk of loss. Unruh has competent counsel who would no doubt assert arguable defenses and at least delay the outcome.

9. The Trustee understands that each party tends to be confident in the strength of its own positions but that litigation is inherently uncertain as to the outcome. However, the settlement term of Unruh waiving his $5,265,000 in unsecured claims would have such a significant benefit to unsecured creditors, that it makes the compromise worthwhile for the Estate, despite giving up the cause of action in exchange.

## DIFFICULTY OF ENFORCEMENT OF A JUDGMENT

10. Unruh's financial status us unknown for purposes of collectability on a judgment. Like most farmers he is likely to have real estate but whether or not it is free and clear and available to satisfy a judgment is unknown.

*MOTION FOR APPROVAL OF COMPROMISE RE: DAVID CHRIS UNRUH - 3*

## COMPLEXITY, EXPENSE, AND DELAY OF THE LITIGATION

11. The claims of Chris Unruh are straightforward and could be litigated without much difficulty.

12. Should the issues proceed to an evidentiary hearing, each party will incur attorneys' fees. Again, the settlement term of Unruh waiving his $5,265,000 in unsecured claims would have such a significant benefit to unsecured creditors, that it makes the compromise worthwhile for the Estate. The Trustee believes these factors weigh in favor of approving the settlement.

## PARAMOUNT INTERESTS OF CREDITORS

13. By this settlement, the unsecured claim settlement pool is reduced by $5,265,000 to the benefit of all other unsecured creditors. The exact estimate of the percentage of increase to other unsecured creditors cannot be measured at this time, but Unruh appears to be the third largest claimant.

14. In the Trustee's business judgment, and with consideration of the risks of evidentiary hearing, this proposed settlement is in the best interests of all creditors, secured and unsecured. Approval of this settlement will allow the Trustee to focus on and proceed with the remaining issues in the case to work toward a final distribution to unsecured creditors. The Trustee believes this factor weighs in favor of approving the settlement.

## CONCLUSION

For the above stated reasons, the Trustee asserts that the Motion for Approval of Compromise is a fair and equitable resolution.

DATED this 27th day of August, 2019.

                EVANS KEANE LLP

                By    /s/ Jed W. Manwaring
                    Jed W. Manwaring, Of the Firm
                    Attorneys for Trustee

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of August, 2019, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

- **W Dallas Burkhalter**    dallas.burkhalter@isda.idaho.gov
- **Brett R Cahoon**    ustp.region18.bs.ecf@usdoj.gov
- **Alexandra O Caval**    alex@cavallawoffice.com, R71985@notify.bestcase.com
- **Matthew Todd Christensen**    mtc@angstman.com, mtcecf@gmail.com;govai@angstman.com;megan@angstman.com;abbie@angstman.com;ecf@angstman.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com
- **D Blair Clark**    dbc@dbclarklaw.com, mbc@dbclarklaw.com;maryann@dbclarklaw.com;jeffrey@dbclarklaw.com;reception@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com
- **Randal J French**    rfrench@rfrenchlaw.net, G19430@notify.cincompass.com
- **Patrick John Geile**    pgeile@foleyfreeman.com, abennett@foleyfreeman.com;r59345@notify.bestcase.com
- **Daniel C Green**    dan@racinelaw.net, mcl@racinelaw.net
- **Noah G. Hillen**    ngh@hillenlaw.com, dlr@hillenlaw.com;llm@hillenlaw.com;sellassets@ecf.inforuptcy.com;ID14@ecfcbis.com
- **Kirk J Houston**    kjhouston@hollandhart.com, slgust@hollandhart.com;boiseintaketeam@hollandhart.com
- **Michael R Johnson**    mjohnson@rqn.com, dburton@rqn.com;docket@rqn.com
- **Christy A Kaes**    ckaes@evanskeane.com, christykaes@kaeslaw.com
- **Jeffrey Philip Kaufman**    jeffrey@dbclarklaw.com, maryann@dbclarklaw.com;mbblair@dbclarklaw.com;dbc@dbclarklaw.com;reception@dbclarklaw.com
- **R Ron Kerl**    Ron@cooper-larsen.com, kelli@cooper-larsen.com,bobbi@cooper-larsen.com
- **David Henry Leigh**    dleigh@rqn.com, dburton@rqn.com;docket@rqn.com
- **Jed W. Manwaring**    jmanwaring@evanskeane.com, valerie@evanskeane.com
- **Kelly Greene McConnell**    litigation@givenspursley.com
- **Melodie Annalise McQuade**    melodiemcquade@givenspursley.com, kendrah@givenspursley.com;kad@givenspursley.com
- **Randall A Peterman**    rap@givenspursley.com, kad@givenspursley.com;wandawhite@givenspursley.com
- **Jace A. Richards**    jrichards@strategicsos.com, telmblad@strategicsos.com
- **Sheila Rae Schwager**    sschwager@hawleytroxell.com, cdavenport@hawleytroxell.com
- **US Trustee**    ustp.region18.bs.ecf@usdoj.gov
- **William Stuart Tabard Wood**    twood@sussmanshank.com

In addition, the above Motion was served by U.S. First Class mail, postage paid, to all parties listed on the attached Master Mailing List on this same date.

                                                                                   /s/ Jed W. Manwaring
                                                                                   Jed W. Manwaring

*MOTION FOR APPROVAL OF COMPROMISE RE: DAVID CHRIS UNRUH - 5*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0976-1<br>Case 17-00450-TLM<br>District of Idaho<br>Boise<br>Tue Aug 27 09:56:34 MDT 2019 | AGL TRUCKING<br>Post Office Box 110<br>Jerome, ID 83338-0110 | ALLEN SCHMID<br>5350 CUSTER ROAD<br>NEW PLYMOUTH ID 83655-5121 |
| ANDY NIGHTINGALE<br>839 ONION AVENUE<br>ONTARIO OR 97914-8649 | Agricharts<br>209 W. Jackson Blvd 2nd FLR<br>Chicago, IL 60606-6802 | B.K., A MINOR CHILD<br>SCOTT KESLER PARENT<br>3331 GREY BLVD<br>NYSSA, OR 97913-5045 |
| BILL ZIEGLER<br>5667 SE 3RD AVENUE<br>NEW PLYMOUTH ID 83655-5436 | BRUCE CRUICKSHANK<br>10572 VIRGINIA LANE<br>PAYETTE ID 83661-5055 | Barlow Farms, LLC<br>2525 Mitchell Butte Rd<br>Nyssa, OR 97913-5215 |
| Mark Bottles<br>Mark Bottles Real Estate Services<br>839 S Bridgeway Place<br>Eagle, ID 83616-6097 | Clint Bumguardner<br>WT Appraisal, Inc.<br>1302-B Petroleum Drive<br>Abilene, TX 79602-7989 | Burke Electric, INC.<br>Post Office Box 28<br>Payette, ID 83661-0028 |
| W Dallas Burkhalter<br>OFFICE OF ATTORNEY GENERAL<br>POB 790<br>Boise, ID 83701-0790 | C M Enterprises<br>32219 Fort Lane<br>Parma, ID 83660-6375 | CFO Solutions, LLC, Receiver for G.Jantz ï¿½<br>c/o Jeffrey C. Misley, Attorney & A<br>Sussman Shank LLP<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205-3089 |
| CFO Solutions, LLC, Receiver of Jantz Family<br>c/o Jeffrey C. Misley, Attorney & A<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205-3066 | CHESTER L MILLSAP<br>3427 SW THIRD AVENUE<br>NEW PLYMOUTH ID 83655-5164 | CHRIS UNRUH<br>25225 HIPWELL LANE<br>GRANDVIEW ID 83624-5119 |
| CHS, Inc.<br>Hawley Troxell Ennis & Hawley, LLP<br>877 Main Street, Suite 1000<br>Boise, ID 83702-5884 | CHS, Inc.<br>c/o Sheila R. Schwager<br>Hawley Troxell Ennis & Hawley, LLP<br>P.O. Box 1617<br>Boise, ID 83701-1617 | CLARICH FARMS LLC<br>4181 RIVERVIEW PL.<br>PARMA, ID 83660-5020 |
| CLAY A NIGHTINGALE<br>839 ONION AVENUE<br>ONTARIO OR 97914-8649 | Brett R Cahoon<br>OFFICE OF THE US TRUSTEE US DEPT<br>720 Park Blvd., Ste. 220<br>Boise, ID 83712-7785 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Cascade Natural Gas [Not a good address — crossed out]<br>Post Office Box 99065<br>Boise, ID 83799-0065 | Chris Unruh [DUPLICATE]<br>25225 Hipwell Lane<br>Grand View, ID 83624-5119 | Matthew Todd Christensen<br>Angstman Johnson, PLLC<br>199 N. Capitol Blvd., Ste. 200<br>Boise, ID 83702-6197 |
| D Blair Clark<br>1509 Tyrell Lane, Suite 180<br>Boise, ID 83706-6658 | Roger Clubb<br>Simmons, Clubb & Hodges CPA's PLLC<br>410 S Orchard St Ste 156<br>Boise, ID 83705-1210 | Connell Grain Growers<br>3132 Road O NE<br>Moses Lake, WA 98837-9516 |

| | | |
|---|---|---|
| Corbett Auctions & Appraisals<br>PO Box 191261<br>Boise, ID 83719-1261 | DC LAND-MARK COMBS<br>MARK COMBS<br>29863 FARMWAY ROAD<br>CALDWELL ID 83607-8679 | DC Land Operating Company, LLC<br>%Law Office of D. Blair Clark, PC<br>Attn: Jeffrey P. Kaufman<br>1509 S. Tyrell Lane, Ste. 180<br>Boise, ID 83706-6658 |
| DCS Technologies, LLC<br>2090 Center Avenue<br>Payette, ID 83661-2732 | DENVER K UNRUH *(Not a good address)*<br>2995 ELMORE ROAD<br>PARMA ID 83660-6206 | DOUBLE H<br>MICHAEL HARTLEY<br>POST OFFICE BOX 2563<br>NYSSA OR 97913-0563 |
| DOUG STIPE<br>3555 CLARK BLVD<br>ONTARIO OR 97914-8735 | DWONN K. UNRUH<br>5565 SUNSET ROAD<br>FRUITLAND ID 83619-3758 | Deseret Farms<br>Post Office Box 1585<br>Nyssa, OR 97913-0085 |
| Double H Farms<br>P.O. Box 2563<br>Nyssa OR 97913-0563 | ENSZ FARMS<br>33621 HWY 78<br>GRAND VIEW ID 83624-5030 | FARM CREDIT LEASING SVC CORP<br>600 HIGHWAY 169 SOUTH SUITE 300<br>MINNEAPOLIS MN 55426-1208 |
| FARMERS GRAIN, LLC *(Not a good address)*<br>PO Box 1567<br>Nyssa, OR 97913-0067 | FROERER FARMS<br>3150 ECHO RD<br>NYSSA OR 97913-5022 | Frahm Farm<br>Rod Frahm<br>418 King Avenue<br>Ontario, OR 97914-8801 |
| GALEN JANTZ *(Not a good address)*<br>1547 VALE VIEW ROAD<br>VALE OR 97918-5142 | GAVILON<br>1111 BEDKE BOULEVARD<br>POST OFFICE BOX 1089<br>BURLEY ID 83318-0948 | GORDON TROUT<br>POST OFFICE BOX 816<br>HOMEDALE ID 83628-0816 |
| GW Farms, LLC *(Not a good address)*<br>PO Box 606<br>Parma, ID 83660-0606 | Daniel C Green<br>POB 1391<br>Pocatello, ID 83204-1391 | HARLEN GARNER<br>1041 JANETTA AVENUE<br>NYSSA OR 97913-5322 |
| HARTLEY FARMS FEEDLOT<br>552 ENTERPRISE AVENUE<br>NYSSA OR 97913-5418 | Hartley Farms, L.L.C.<br>552 Enterprise Ave<br>Nyssa, OR 97913-5418 | Noah G. Hillen<br>P.O. Box 6538<br>Boise, ID 83707-6538 |
| Kirk J Houston<br>HOLLAND & HART LLP<br>P.O. Box 2527<br>Boise, ID 83701-2527 | IVAN K. UNRUH<br>5565 SUNSET ROAD<br>FRUITLAND ID 83619-3758 | Idaho Dept of AG<br>PO Box 790<br>Boise, ID 83701-0790 |
| Idaho State Dept of Ag<br>PO Box 790<br>Boise, ID 83701-0790 | JEANETTE L. KOEHN<br>1595 POPLAR AVENUE<br>FRUITLAND ID 83619-5045 | JENNIFER D KOEHN<br>2775 SW FIRST AVENUE<br>NEW PLYMOUTH ID 83655-5148 |

| | | |
|---|---|---|
| JENSEN FARMS, LLC<br>2463 11TH AVE E<br>VALE OR 97918 | JEREMY L KOEHN<br>2775 SW FIRST AVENUE<br>NEW PLYMOUTH ID 83655-5148 | JESUS S MADERA-SUIZR<br>3923 DENTON STREET<br>CALDWELL ID 83607-8043 |
| JLJ FARMS, LLC<br>29862 EMMETT ROAD<br>CALDWELL ID 83607-7506 | JOSE CISNEROS<br>1148 SW SIXTH AVENUE<br>ONTARIO OR 97914-3310 | JOSE SANTOS<br>624 N SECOND STREET<br>NYSSA OR 97913-3316 |
| Jeffrey C. Misley<br>Sussman Shank LLP<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205-3089 | Jensen Farms, LLC<br>2468 11th Avenue E.<br>Vale, OR 97918 | Jensen Farms, LLC<br>2436 11th Ave E<br>Vale, OR 97918-5155 |
| Jesus S. Madera-Huizar<br>3923 Denton Street<br>Caldwell, ID 83607-8043 | Jim Belnap<br>1764 3rd Ave<br>Vale, OR 97918-5002 | Michael R Johnson<br>Ray Quinney & Nebeker P.C.<br>36 South State Street, 14th Floor<br>Salt Lake City, UT 84111-1401 |
| KESLER FARMS INC<br>3331 GREY BLVD<br>NYSSA OR 97913-5045 | Christy A Kaes<br>Evans Keane, LLP<br>1161 W. River St., Ste. 100<br>PO Box 959<br>Boise, ID 83701-0959 | Jeffrey Philip Kaufman<br>Law Office of D. Blair Clark, PC<br>1509 Tyrell Lane<br>Suite 180<br>Boise, ID 83706-6658 |
| R Ron Kerl<br>POB 4229<br>Pocatello, ID 83205-4229 | LANSING TRADE GROUP<br>815 HIGHWAY 26<br>BLISS ID 83314-5120 | LISA L UNRUH<br>2195 MOONSHADOW ROAD<br>BONNERS FERRY ID 83805-5425 |
| LLOYD SAUNDERS<br>2086 MECHAM ROAD<br>VALE OR 97918-5373 | Roger Lang<br>2475 Graham Blvd<br>Vale, OR 97918-5624 | Maggie Lyons<br>Resolve Financial Group Inc.<br>PO Box 598<br>Hayden, ID 83835-0598 |
| M.K., A MINOR CHILD<br>SCOTT KESLER PARENT<br>3331 GREY BLVD.<br>NYSSA, OR 97913-5045 | MUA<br>Post Office Box 338<br>Montezuma, KS 67867-0338 | MUA<br>Post Office Box 338<br>Montezuma, KS 67867-0338  DUPLICATE |
| Malheur County Tax Collector<br>251 B Street W, Ste #14<br>Vale, OR 97918-1375 | Malheur County Tax Collector<br>251 B Steet W, Ste #14<br>Vale, OR 97918  DUPLICATE | Jed W. Manwaring<br>Evans Keane LLP<br>1161 W. River St.<br>Suite 100<br>PO Box 959<br>Boise, ID 83701-0959 |
| Mary Ann Kilgore<br>Lila L. Howe<br>Union Pacific Railroad Company<br>1400 Douglas Street, STOP 1580<br>Omaha, NE 68179-0002 | Michael Hartley<br>P.O. Box 2563<br>Nyssa, OR 97913-0563 | Millington Zwygart CPA<br>1803 Ellis Avenue<br>Caldwell, ID 83605-4810 |

| | | |
|---|---|---|
| NELSON MADERA<br>2405 APPLEWOOD AVENUE<br>FRUITLAND ID 83619-2145 | Napa Auto Parts<br>Post Office Box 1425<br>Twin Falls, ID 83303-1425 | ORIN G KOEHN<br>2775 SW FIRST AVENUE<br>NEW PLYMOUTH ID 83655-5148 |
| Oregon Dept of Transportation<br>3355 Capitol St NE #21<br>Salem OR 97301 | Oregon Dept. of Revenue<br>Post Office Box 14725<br>Salem, OR 97309-5018 | Oregon Trail Transport<br>62833 Buchanan Lane<br>La Grande, OR 97850-5205 |
| PHILLIP GALLEGOS<br>BOX 2368<br>NYSSA OR 97913-0368 | RALPH THORNLEY<br>1973 MILLER ROAD<br>ADRIAN OR 97901-5088 | RIVERCREST FARMS<br>JAKE SPEELMON<br>792 WOODBRIDGE ROAD<br>ADRIAN OR 97901-5381 |
| RL ATKINSON FARMS, INC.<br>1075 WARD LANE<br>PARMA ID 83660-6103 | ROGER LANG<br>2475 GRAHAM BLV [DUPLICATE]<br>VALE OR 97918-5 | Rabo AgriFinance LLC<br>6919 Chancellor Drive<br>Cedar Falls, IA 50613-6926 |
| Rabo Agrifinance Inc.<br>c/o Ron Kerl<br>PO Box 4229<br>Pocatello, ID 83205-4229 | Ralph Thornley Farms, LLC<br>1973 Miller Road<br>Adrian, OR 97901-5088 | Jace A. Richards<br>Jace A. Richards, Chtd.<br>5598 N. Eagle Rd. #102<br>Boise, ID 83713-2707 |
| Ridgeview Farms, Inc.<br>1657 Napton Rd.<br>Adrian, OR 97901-5354 | Roger Lang<br>%Law Office of D. Blair Clark, PC<br>1509 S. Tyrell Lane, Ste. 180<br>Boise, ID 83706-6658 | S P Trucking, LLC<br>835 NE Union<br>Mountain Home, ID 83647-1797 |
| S.K., A MINOR CHILD<br>SCOTT KESLER, PARENT<br>3331 GREY BLVD.<br>NYSSA, OR 97913-5045 | SAIF Corporation<br>400 High Steet SE<br>Salem, OR 97312-1000 | SCOTT CRUICKSHANK<br>1746 PENNINGTON DRIVE<br>ONTARIO OR 97914-4256 |
| STAN ISAAC<br>28624 JUNIPER RD<br>BRUNEAU ID 83604-5043 | STANDAGE FARMS<br>LARRY STANDAGE<br>1725 AIRPORT ROAD<br>VALE OR 97918-5650 | STEFANI D MILLSAP<br>1350 GLENWAY AVENUE<br>FRUITLAND ID 83619-3777 |
| Sheila Rae Schwager<br>HAWLEY TROXELL ENNIS and HAWLEY LLP<br>POB 1617<br>Boise, ID 83701-1617 | Strategic & Operational Solutions, Inc.<br>5598 N. Eagle Rd.<br>Ste. 102<br>Boise, ID 83713-2707 | Treasure Valley Grain LLC<br>Givens Pursley LLP<br>c/o Randall A. Peterman<br>601 W. Bannock St.<br>P.O. Box 2720<br>Boise, ID 83701-2720 |
| Treasure Valley Tax Services<br>Post Office Box 726<br>Fruitland, ID 83619-0726 | US Trustee<br>Washington Group Central Plaza<br>720 Park Blvd, Ste 220<br>Boise, ID 83712-7785 | Union Pacific Railroad Company<br>c/o Mary Ann Kilgore<br>c/o Lila L. Howe<br>1400 Douglas Street STOP 1580<br>Omaha, NE 68179-1001 |

| | | |
|---|---|---|
| United States Trustee<br>720 Park Boulevard<br>Suite 220<br>Boise, ID 83712-7785 | VICENTE G MORENO JR<br>586 YAKIMA STREET S<br>VALE OR 97918-1481 | Valley Wide Cooperative<br>1833 S. Lincoln Avenue<br>Jerome, ID 83338-6138 |
| Verizon Wireless<br>Post Office Box 660108<br>Dallas, TX 75266-0108 | WATSON AGRICULTURE, INC.<br>C/O DOUG DELONG, CONTROLLER<br>PO BOX 300<br>PARMA, ID 83660-0300 | WATSON AGRICULTURE, INC.<br>POST OFFICE BOX 300<br>201 E. MAIN STREET<br>PARMA ID 83660-7708 |
| WBH FARMS<br>743 BEET DUMP ROAD<br>NYSSA OR 97913-5500 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)AGL Trucking<br>Post Office Box 110<br>Jerome, ID 83338-0110 | (d)Barlow Farms, LLC<br>2525 Mitchell Butte Road<br>Nyssa, OR 97913-5215 | (d)Bruce Cruickshank<br>10572 Virginia Lane<br>Payette, ID 83661-5055 |
| (u)DC Land | (d)DC Land-Mark Combs<br>Mark Combs<br>29863 Farmway Road<br>Caldwell, ID 83607-8679 | (d)Doug Stipe<br>3555 Clark Blvd<br>Ontario, OR 97914-8735 |
| (d)Galen Jantz<br>1547 Vale View Road<br>Vale, OR 97918-5142 | (d)Gavilon<br>1111 Bedke Boulevard<br>Post Office Box 1089<br>Burley, ID 83318-0948 | (d)Harlen Garner<br>1041 Janetta Ave<br>Nyssa, OR 97913-5322 |
| (d)Hartley Farms   Feedlot<br>552 Enterprise Avenue<br>Nyssa, OR 97913-5418 | (d)Noah G. Hillen<br>P.O. Box 6538<br>Boise, ID 83707-6538 | (d)JLJ Farms, LLC<br>29862 Emmett Road<br>Caldwell, ID 83607-7506 |
| (d)Jose Cisneros<br>1148 SW Sixth Avenue<br>Ontario, OR 97914-3310 | (d)Jose Santos<br>624 N. Second Street<br>Nyssa, OR 97913-3316 | (d)Lansing Trade Group<br>815 Highway 26<br>Bliss, ID 83314-5120 |
| (d)Lisa L. Unruh<br>2195 Moonshadow Road<br>Bonners Ferry, ID 83805-5425 | (d)Jed W. Manwaring<br>Evans Keane LLP<br> 1161 W. River St.<br>Suite 100<br>PO Box 959<br>Boise, ID 83701-0959 | (d)Nelson Madera<br>2405 Applewood Avenue<br>Fruitland, ID 83619-2145 |

| | | |
|---|---|---|
| (d)Scott Cruickshank<br>1746 Pennington Drive<br>Ontario, OR 97914-4256 | (u)Treasure Valley Tax Services<br>Post Office Box 726 | (d)Chris Unruh<br>25225 Hipwell Lane<br>Grand View, ID 83624-5119 |
| (d)Vicente G. Moreno, Jr.<br>586 Yakima Street S<br>Vale, OR 97918-1481 | (d)WBH Farms<br>743 Beet Dump Road<br>Nyssa, OR 97913-5500 | (d)Watson Agriculture, Inc.<br>c/o Doug Delong, Controller<br>PO Box 300<br>Parma, ID 83660-0300 |

End of Label Matrix
Mailable recipients   126
Bypassed recipients    24
Total                 150

## MUTUAL RELEASE AGREEMENT

THIS MUTUAL RELEASE AGREEMENT ("AGREEMENT") made effective on the last signature date below and is made and entered into by and between Noah G. Hillen, (the "**Trustee**"), as Trustee for the chapter 7 bankruptcy estate of Farmers Grain LLC, and David Chris Unruh ("Unruh").

## RECITALS

WHEREAS, Trustee has filed a Complaint against Unruh in Adversary Proceeding No. 19-06013-TLM ("**Adversary Proceeding**") alleging a preferential transfer in the amount of $79,788.00;

WHEREAS, the parties are aware of and subject to the facts, issues, and dispute as recited in a Motion for Approval of Compromise Re: David Chris Unruh ("**Motion**") filed in Bankruptcy Case No. 17-00450-TLM , *In re: Farmers Grain LLC* ("**Bankruptcy Case**"), which Motion is incorporated by reference herein; and

WHEREAS Unruh and the Trustee now desire to resolve their remaining issues and potential claims in accordance with the terms and conditions stated herein;

NOW THEREFORE, the Trustee and Unruh agree as follows:

## AGREEMENT

1.  Unruh shall pay the Trustee a lump sum payment of Seventeen Thousand and 00/100 Dollars ($17,000.00), within 5 days of execution of this Agreement, to be held by Trustee and deposited only after entry of an Order Approving Compromise on the Motion in the Bankruptcy Case. Unruh waives his rights and shall NOT be allowed to file a proof of claim in the Bankruptcy Case based upon the $17,000 payment. In addition, Unruh shall, within 5 days of entry of the Order Approving Compromise, withdraw with prejudice in the Bankruptcy Case, both his Proofs of Claim No. 25 in the amount of $1,015,597.20 and No. 26 in the amount of $4,250,000.00.

2.  Within 5 days of the filing of an Order Approving Compromise and the clearing of the $17,000 payment by Unruh's bank, Trustee shall file a Stipulation for Dismissal With Prejudice of the Adversary Proceeding.

3.  Except as to rights contained herein, Trustee and Unruh do hereby mutually remise, release, and forever discharge each other, their agents, employees, accountants, independent contractors, assigns and attorneys and each and every one of them, of and from any and all manner of actions, causes of actions, suits, covenants, contracts, agreements, judgment claims, and demands whatsoever, whether in law or in equity, known or unknown, anticipated or unanticipated, discovered or undiscovered, past or present, on account of Unruh's transactions with, or arising out of Farmers Grain LLC and/or the Bankruptcy Case. Notwithstanding anything contained herein, the Parties expressly reserve and do not release their rights to enforce each other's obligations under this

*MUTUAL RELEASE AGREEMENT - 1*

**EXHIBIT A**

Agreement, and this release shall not in any respect affect or diminish any Party's rights under this Agreement.

3. The parties specifically understand and agree that this Agreement is subject to approval of the Motion for Approval of Compromise by the United States Bankruptcy Court, District of Idaho in the above referenced case. If not approved, this Agreement shall be void and unenforceable.

4. This Agreement contains the entire Agreement between the parties concerning the settlement of the matters described herein. This Agreement may be amended or modified only by written agreement, executed by an authorized representative of each party.

5. The undersigned individuals represent and warrant that they are authorized to enter this Agreement, and have received independent legal advice as to this Agreement.

DATE: 8-26-19

NOAH G. HILLEN

*[signature]*

As Trustee for the chapter 7 bankruptcy estate of Farmers Grain LLC

DATE: 8-22-19

X *[signature]*

DAVID CHRIS UNRUH

*MUTUAL RELEASE AGREEMENT - 2*