**Jed W. Manwaring ISB #3040**
**EVANS KEANE LLP**
**1161 W. River Street, Suite 100**
**P. O. Box 959**
**Boise, Idaho  83701-0959**
**Telephone:  (208) 384-1800**
**Facsimile:   (208) 345-3514**
**E-mail:  jmanwaring@evanskeane.com**

**Attorneys for Trustee, Noah G. Hillen**

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| In Re: | Case No. 17-00450-TLM |
|---|---|
| **FARMERS GRAIN, LLC,** | Chapter 7 |
| Debtor. | |

### MOTION FOR APPROVAL OF COMPROMISE
### RE: GRESSLEY FARMS, LLC

> **No Objection**. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice.
>
> If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> **Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> **Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

Pursuant to Bankruptcy Rule 2002(a)(3) and 9019, Trustee Noah Hillen ("Trustee") moves this Court for approval of a compromise with Gressley Farms, LLC ("Gressley Farms") whereby Gressley Farms will pay the Estate $16,957.11. In exchange, the parties will enter a Mutual Release and stipulate to dismissal of the Second Amended Complaint with prejudice in Adversary Proc. 19-06012-TLM.  In support of this compromise, Trustee alleges as follows:

*MOTION FOR APPROVAL OF COMPROMISE RE: GRESSLEY FARMS LLC - 1*

1.  The Debtor originally filed a Petition for relief under Chapter 11 of the Bankruptcy Code on April 18, 2017 (the "Petition Date").  The Debtor was a grain dealer and elevator operation doing business, buying, selling, and storing corn and other grains in the market area of Southern Idaho and Eastern Oregon.

2.  On August 15, 2017, this Court converted the Chapter 11 case to a case under Chapter 7 [Dkt. 91].  The next day, the Court approved the appointment of the Trustee Noah G. Hillen as the Chapter 7 Trustee [Dkt. 93].

3.  On March 17, 2017, within 90 days of the Petition Date, the Debtor issued and paid Check No. 1002 to Gressley Farms in the amount of $9,950.76 for 2015 Wheat Settlement.  Check No. 1002 would be subject to avoidance as a preferential transfer, pursuant to 11 U.S.C. §547(c) as alleged in the Second Amended Complaint.  The payment was for settlement on wheat delivered in July 2015.

4.  On March 17, 2017, within 90 days of the Petition Date, the Debtor issued and paid Check No. 1003 to Gressley Farms in the amount of $23,963.46 for 2016 Wheat Settlement.  Check No. 1003 would be subject to avoidance as a preferential transfer, pursuant to 11 U.S.C. §547(c) as alleged in the Second Amended Complaint.  The payment was for settlement on wheat delivered in July 2016.

5.  On March 17, 2017, within 90 days of the Petition Date, the Debtor issued and paid Check No. 1004 to Gressley Farms in the amount of $11,080.95 for 2016 Corn Settlement.  Check No. 1004 would be subject to avoidance as a preferential transfer, pursuant to 11 U.S.C. §547(c) as alleged in the Second Amended Complaint.

6.  On March 17, 2017, within 90 days of the Petition Date, the Debtor issued and paid Check No. 1005 to Gressley Farms in the amount of $43,181.08 for 2016 Corn Settlement.  Check

No. 1005 would be subject to avoidance as a preferential transfer, pursuant to 11 U.S.C. §547(c) as alleged in the Second Amended Complaint.

7.  On April 17, 2019, Trustee filed the Second Amended Complaint against Gressley Farms in Adversary Proc. 17-06012-TLM ("Adversary Proceeding") alleging that the four payments constituted avoidable transfers and seeking a judgment against Defendant in the amounts of the checks pursuant to 11 U.S.C. §550(a).

8.  The production of records by Gressley Farms demonstrated that the corn deliveries were within 180 days of the payments and therefore the corn crop was fully secured pursuant to ORS §§ 87.755 and 87.762. Therefore, on April 16, 2020, the parties stipulated to and the Court ordered the dismissal with prejudice of the claims of preference in the Second Amended Complaint arising out of the payments for corn represented by Check No. 1004 dated 03/17/2017 in the amount of $11,080.95 and Check No. 1005 dated 3/17/17 in the amount of $43,181.08.

9.  The remaining allegations and claims in the Second Amended Complaint, for wheat payments dated 3/17/17 in the amount of $9,950.76 and $23,963.46, remain pending and unaltered.

## PROPOSED SETTLEMENT

10.  The Trustee and Gressley Farms have agreed to compromise the Adversary Proceeding with a payment of 50% of the face value of the claims, subject to approval by this Court, based upon the following terms:

   a. Gressley Farms will pay $16,957.11 to the Estate/Trustee;

   b. Trustee will dismiss the Second Amended Complaint with prejudice in the Adversary Proceeding; and,

   c. The parties will execute a Mutual Release, including a waiver of Defendant's right to file a Proof of Claim. A copy of the proposed Mutual Release is attached as Exhibit A.

## ANALYSIS OF PROPOSED SETTLEMENT

11. Subject to Court approval, the Trustee asserts that the proposed settlement is a "fair and equitable" and is in the best interests of the Estate and Creditors. Said resolution of the dispute, is based upon factors such as the: probability of successfully litigating the claim; difficulty in enforcement of judgments; the complexity, expense and delay of the litigation; the risk of non-collection; and the paramount interest of creditors. *In re Marples,* 266 B.R. 202, 206, 01.3 I.B.C.R. 116, 118 (Bankr. D. Idaho 2001); *Martin v. Kane (In re A & C Properties),* 784 F. 2d 1377, 1381-83 (9th Cir. 1986).

## PROBABILITY OF SUCCESSFULLY LITIGATING THE CLAIMS

12. With regard to the two remaining preference payments from Debtor to Gressley Farms for wheat, all the elements of Bankruptcy Code § 547(b) appear to be present. From the Trustee's perspective, the claim appears to be strong.

13. However, the Defendant may attempt to argue that § 547(b) does not apply alleging that Farmers Grain was storing or warehousing the wheat until Farmers Grain delivered the checks on March 17, 2017. Under this theory, Farmers Grain would not be a creditor, and the payments would not have been on account of an antecedent debt, which are both essential elements of a preference claim. 11 U.S.C. § 547(b)(1)-(2). While the Trustee believes this theory would ultimately fail, there is a fair risk that the Court could adopt the Defendant's warehousing storage theory. In other similarly situated adversary proceedings, this Court denied defendants' Motions for Summary Judgment on that defense theory finding issues of fact as to the storage allegations. *See, Memorandum of Decision, Hillen v. [various defendants],* Adv. Proc. Nos. 19-06009, 06010, 06011, 06013, and 06015 (March 9, 2020).

14. Further, Defendant also argues the ordinary course of business exception under Bankruptcy Code §547(c)(2), which provides Defendant a potentially viable defense. The

Defendant could argue that the parties' transactions for wheat were similar to earlier transactions between the parties and paid within similar time frames. There is a possible risk of loss due to the ordinary course of business defense.

15. The Trustee understands that each party tends to be confident in the strength of its own positions, but that litigation is inherently uncertain as to the outcome. However, the settlement term of Gressley Farms paying 50% of the claims to the estate represents a rough estimate of the strengths and weaknesses in the parties' positions. The settlement would have a significant benefit to unsecured creditors, by saving costs and attorney fees and eliminating the risk of loss.

### **DIFFICULTY OF ENFORCEMENT OF A JUDGMENT**

16. Gressley Farms' financial status us unknown for purposes of collectability on a judgment. It is unknown whether Gressley Farms has liquid assets or if collecting on a judgment would be more complicated. It is a local operating business so that barring a bankruptcy or sustained downturn in the economy, collecting on a judgment should be reasonably likely.

### **COMPLEXITY, EXPENSE, AND DELAY OF THE LITIGATION**

17. The elements of a preference claim against Gressley Farms are clear, however litigating the potential defenses outlined above, including the storage defense theory and ordinary course of business exception, add additional layers of complexity and expense to the litigation.

18. Should the issues proceed to trial, each party will incur substantial attorneys' fees. The issues involve Oregon grain delivery and lien statutes for which there is little or no case law interpretation. Oregon also has registration requirements and regulations for any entity supposedly storing grain. In addition, there may be fraud or misrepresentation allegations against the Debtor for representing that the grain was stored, when in fact there was no storage. Again, the settlement term of Gressley Farms paying 50% of the claims to the Estate is a benefit to unsecured creditors,

*MOTION FOR APPROVAL OF COMPROMISE RE: GRESSLEY FARMS LLC - 5*

that it makes the compromise worthwhile for the Estate. The Trustee believes these factors weigh in favor of approving the settlement.

## PARAMOUNT INTERESTS OF CREDITORS

19. By this settlement, the funds available to creditors increases by $16,957.11. Gressley Farms has waived any right to file a proof of claim, so the settlement funds will be completely for the benefit of the remaining creditors.

20. In the Trustee's business judgment, and with consideration of the risks of and delay of trial, this proposed settlement is in the best interests of all creditors, secured and unsecured. Approval of this settlement will allow the Trustee to focus on and proceed with the remaining issues in the case to work toward a final distribution to unsecured creditors. The Trustee believes this factor weighs in favor of approving the settlement.

## CONCLUSION

For the above stated reasons, the Trustee asserts that the Motion for Approval of Compromise is a fair and equitable resolution.

DATED this 22nd day of May, 2020.

                              EVANS KEANE LLP

                              By    /s/ Jed W. Manwaring
                                  Jed W. Manwaring, Of the Firm
                                  Attorneys for Trustee

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 22nd day of May, 2020, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

- **W Dallas Burkhalter** dallas.burkhalter@isda.idaho.gov
- **Brett R Cahoon** ustp.region18.bs.ecf@usdoj.gov
- **Alexandra O Caval** alex@cavallawoffice.com, R71985@notify.bestcase.com
- **Matthew Todd Christensen** mtc@angstman.com, mtcecf@gmail.com; megan@angstman.com; abbie@angstman.com; ecf@angstman.com; atty_christensen@bluestylus.com; christensenmr81164@notify.bestcase.com
- **D Blair Clark** dbc@dbclarklaw.com, mbc@dbclarklaw.com; maryann@dbclarklaw.com; jeffrey@dbclarklaw.com; reception@dbclarklaw.com; jackie@dbclarklaw.com; ecf.dbclaw@gmail.com
- **Randal J French** rfrench@rfrenchlaw.net, G19430@notify.cincompass.com
- **Patrick John Geile** pgeile@foleyfreeman.com, abennett@foleyfreeman.com; r59345@notify.bestcase.com
- **Daniel C Green** dan@racinelaw.net, mcl@racinelaw.net
- **Noah G. Hillen** ngh@hillenlaw.com, dlr@hillenlaw.com; llm@hillenlaw.com; sellassets@ecf.inforuptcy.com; ID14@ecfcbis.com
- **Kirk J Houston** khouston@whitepeterson.com, lhembree@whitepeterson.com
- **Michael R Johnson** mjohnson@rqn.com, pbrown@rqn.com;docket@rqn.com
- **Christy A Kaes** ckaes@evanskeane.com, christykaes@kaeslaw.com
- **Jeffrey Philip Kaufman** jeffrey@dbclarklaw.com
- **R Ron Kerl** Ron@cooper-larsen.com, kelli@cooper-larsen.com, bobbi@cooper-larsen.com
- **David Henry Leigh** dleigh@rqn.com, swilliams@rqn.com;docket@rqn.com
- **Kelly Greene McConnell** litigation@givenspursley.com
- **Melodie Annalise McQuade** melodiemcquade@givenspursley.com, kendrah@givenspursley.com; kad@givenspursley.com
- **Randall A Peterman** rap@givenspursley.com, kad@givenspursley.com; wandawhite@givenspursley.com
- **Jace A. Richards** jrichards@strategicsos.com, telmblad@strategicsos.com
- **Sheila Rae Schwager** sschwager@hawleytroxell.com, dsorg@hawleytroxell.com
- **US Trustee** ustp.region18.bs.ecf@usdoj.gov
- **William Stuart Tabard Wood** twood@sussmanshank.com

In addition, the above Motion was served by U.S. First Class mail, postage paid, to all parties listed on the attached Master Mailing List on this same date.

                            /s/ Jed W. Manwaring
                            Jed W. Manwaring

*MOTION FOR APPROVAL OF COMPROMISE RE: GRESSLEY FARMS LLC - 7*

# MUTUAL RELEASE AGREEMENT

THIS MUTUAL RELEASE AGREEMENT ("**AGREEMENT**") made effective on the last signature date below and is made and entered into by and between (i) Noah G. Hillen, in his capacity as trustee (the "**Trustee**") for the chapter 7 bankruptcy estate of Farmers Grain LLC ("**Debtor**"), and (ii) Gressley Farms, LLC ("**Gressley Farms**" and, together with Trustee, the "**Parties**").

## RECITALS

WHEREAS, Trustee has filed a Second Amended Complaint against Gressley Farms and Northwest Farm Credit Services ("**NWFCS**") in Adversary Proceeding No. 19-06012-TLM ("**Adversary Proceeding**") alleging that certain transfers by Debtor (the "**Transfers**") to Gressley Farms and NWFCS (together, the "**Defendants**") were preferential transfers;

WHEREAS, on April 16, 2020, Trustee and Gressley Farms entered into a Stipulation for Partial Dismissal of Claim, wherein the Parties agreed to dismiss $54,262.03 in claims against the Defendants based upon corn payments; the Court entered an Order for Partial Dismissal of Claim on April 16, 2020.

WHEREAS, the Parties are aware of and subject to the facts, issues, and dispute as recited in a Motion for Approval of Compromise Re: Gressley Farms, LLC ("**Motion**") filed in Bankruptcy Case No. 17-00450-TLM, *In re: Farmers Grain LLC* ("**Bankruptcy Case**"), which Motion is incorporated by reference herein; and

WHEREAS Gressley and the Trustee now desire to resolve Trustee's remaining claims against Defendants in accordance with the terms and conditions stated herein;

NOW THEREFORE, the Trustee and Gressley Farms agree as follows:

## AGREEMENT

1. Gressley Farms shall pay the Trustee a lump sum payment of Sixteen Thousand Nine Hundred Fifty-Seven and 11/100 Dollars ($16,957.11), within 5 days of execution of this Agreement, to be held by Trustee and deposited only after entry of an Order Approving Compromise on the Motion in the Bankruptcy Case, in full and final settlement of the Trustee's remaining claims against Defendants in the Adversary Proceeding. Gressley Farms waives its right and shall NOT file a proof of claim in the Bankruptcy Case based upon the $16,957.11 payment.

2. Within 5 days of the filing of an Order Approving Compromise and the clearing of the $16,957.11 payment by Gressley Farms' bank, Trustee shall file a Stipulation for Dismissal With Prejudice of the Adversary Proceeding.

3. Except as to rights contained herein, Trustee and Gressley Farms do hereby mutually remise, release, and forever discharge each other, their agents, employees, accountants, independent contractors, assigns and attorneys and each and every one of them, and Trustee does hereby remise, release, and forever discharge NWFCS and its agents, employees, accountants, independent

*MUTUAL RELEASE AGREEMENT - 1*

EXHIBIT A

contractors, assigns and attorneys and each and every one of them, and Trustee does hereby remise, release, and forever discharge NWFCS and its agents, employees, accountants, independent contractors, assigns and attorneys and each and every one of them, of and from any and all manner of actions, causes of actions, suits, covenants, contracts, agreements, judgment claims, and demands whatsoever, whether in law or in equity, known or unknown, anticipated or unanticipated, discovered or undiscovered, past or present, on account of the Transfers and/or the Defendants' transactions with, or arising out of Farmers Grain LLC, and/or the Bankruptcy Case. Notwithstanding anything contained herein, the Parties expressly reserve and do not release their rights to enforce each other's obligations under this Agreement, and this release shall not in any respect affect or diminish any Party's rights under this Agreement.

4. The Parties specifically understand and agree that this Agreement is subject to approval of the Motion for Approval of Compromise by the United States Bankruptcy Court, District of Idaho in the above referenced case. If not approved, this Agreement shall be void and unenforceable.

5. This Agreement contains the entire Agreement between the Parties concerning the settlement of the matters described herein. This Agreement may be amended or modified only by written agreement, executed by an authorized representative of each Party. Notwithstanding that it is not a Party, Trustee agrees that NWFCS (the lender to Gressley Farms) is an intended third-party beneficiary of the release in paragraph 3 of this Agreement.

6. The undersigned individuals represent and warrant that they are authorized to enter this Agreement and have received independent legal advice as to this Agreement.

DATE: 5/21/2020

TRUSTEE, NOAH G. HILLEN

_____
Noah G. Hillen, Trustee for the chapter 7 bankruptcy estate of Farmers Grain LLC

DATE:_____

GRESSLEY FARMS, LLC

By: _____
Its: _____

MUTUAL RELEASE AGREEMENT - 2

AGL TRUCKING  *not a good address*
Post Office Box 110
Jerome, ID 83338-0110

ALLEN SCHMID
5350 CUSTER ROAD
NEW PLYMOUTH ID 83655-5121

ANDY NIGHTINGALE
839 ONION AVENUE
ONTARIO OR 97914-8649

Agricharts
209 W. Jackson Blvd 2nd FLR
Chicago, IL 60606-6802

B.K., A MINOR CHILD
SCOTT KESLER PARENT
3331 GREY BLVD
NYSSA, OR 97913-5045

BILL ZIEGLER
5667 SE 3RD AVENUE
NEW PLYMOUTH ID 83655-5436

BRUCE CRUICKSHANK
10572 VIRGINIA LANE
PAYETTE ID 83661-5055

Barlow Farms, LLC
2525 Mitchell Butte Rd
Nyssa, OR 97913-5215

Mark Bottles
Mark Bottles Real Estate Services
839 S Bridgeway Place
Eagle, ID 83616-6097

Clint Bumguardner
WT Appraisal, Inc.
1302-B Petroleum Drive
Abilene, TX 79602-7989

Burke Electric, INC.
Post Office Box 28
Payette, ID 83661-0028

W Dallas Burkhalter
OFFICE OF ATTORNEY GENERAL
POB 790
Boise, ID 83701-0790

C M Enterprises
32219 Fort Lane
Parma, ID 83660-6375

CFO Solutions, LLC, Receiver for G.Jantz ï¿½
c/o Jeffrey C. Misley, Attorney & A
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089

CFO Solutions, LLC, Receiver of Jantz Family
c/o Jeffrey C. Misley, Attorney & A
1000 SW Broadway, Suite 1400
Portland, OR 97205-3066

CHESTER L MILLSAP
3427 SW THIRD AVENUE
NEW PLYMOUTH ID 83655-5164

CHRIS UNRUH
25225 HIPWELL LANE
GRANDVIEW ID 83624-5119

CHS, Inc.  *DUPLICATE*
Hawley Troxell Ennis & Hawley LLP
877 Main Street Suite 1000
Boise, ID 83702-5884

CHS, Inc.
c/o Sheila R. Schwager
Hawley Troxell Ennis & Hawley, LLP
P.O. Box 1617
Boise, ID 83701-1617

CLARICH FARMS LLC
4181 RIVERVIEW PL.
PARMA, ID 83660-5020

CLAY A NIGHTINGALE
839 ONION AVENUE
ONTARIO OR 97914-8649

Brett R Cahoon
OFFICE OF THE US TRUSTEE US DEPT
720 Park Blvd., Ste. 220
Boise, ID 83712-7785

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Cascade Natural Gas  *Not a good address*
Post Office Box 99065
Boise, ID 83799-0065

Chris Unruh  *DUPLICATE*
25225 Hipwell Lane
Grandview, ID 83624-5119

Matthew Todd Christensen
Angstman Johnson, PLLC
199 N. Capitol Blvd., Ste. 200
Boise, ID 83702-6197

D Blair Clark
967 E. Parkcenter Boulevard #282
Boise, ID 83706-6721

Roger Clubb
Simmons, Clubb & Hodges CPA's PLLC
410 S Orchard St Ste 156
Boise, ID 83705-1210

Connell Grain Growers
3132 Road O NE
Moses Lake, WA 98837-9516

Corbett Auctions & Appraisals
PO Box 191261
Boise, ID 83719-1261

DC LAND-MARK COMBS
MARK COMBS
29863 FARMWAY ROAD
CALDWELL ID 83607-8679

DC Land Operating Company, LLC
%Law Office of D. Blair Clark, PC
Attn: Jeffrey P. Kaufman     Not a good address
1509 S. Tyrell Lane, Ste. 180
Boise, ID 83706-6658

DCS Technologies, LLC
2090 Center Avenue
Payette, ID 83661-2732

DENVER K UNRUH     Not a good address
2995 ELMORE ROAD
PARMA ID 83660-6206

DOUBLE H     DUPLICATE
MICHAEL HARTLEY
POST OFFICE BOX 2563
NYSSA OR 97913-0563

DOUG STIPE
3555 CLARK BLVD
ONTARIO OR 97914-8735

DWONN K. UNRUH
5565 SUNSET ROAD
FRUITLAND ID 83619-3758

Deseret Farms
Post Office Box 1585
Nyssa, OR 97913-0085

Double H Farms
P.O. Box 2563
Nyssa OR 97913-0563

ENSZ FARMS
33621 HWY 78
GRAND VIEW ID 83624-5030

FARM CREDIT LEASING SVC CORP     Not a good address
600 HIGHWAY 169 SOUTH SUITE 300
MINNEAPOLIS MN 55426-1208

FARMERS GRAIN, LLC     Not a good address
PO Box 1567
Nyssa, OR 97913-0067

FROERER FARMS
3150 ECHO RD
NYSSA OR 97913-5022

Frahm Farm
Rod Frahm
418 King Avenue
Ontario, OR 97914-8801

GALEN JANTZ     not a good address
1547 VALE VIEW ROAD
VALE OR 97918-5142

GAVILON
1111 BEDKE BOULEVARD
POST OFFICE BOX 1089
BURLEY ID 83318-0948

GORDON TROUT
POST OFFICE BOX 816
HOMEDALE ID 83628-0816

GW Farms, LLC     not a good address
PO Box 606
Parma, ID 83660-0606

Daniel C Green
POB 1391
Pocatello, ID 83204-1391

HARLEN GARNER
1041 JANETTA AVENUE
NYSSA OR 97913-5322

HARTLEY FARMS FEEDLOT
552 ENTERPRISE AVENUE
NYSSA OR 97913-5418

Hartley Farms, L.L.C.
552 Enterprise Ave
Nyssa, OR 97913-5418

Noah G. Hillen
P.O. Box 6538
Boise, ID 83707-6538

Kirk J Houston
White, Peterson, Gigray & Nichols, P.A.
5700 E Franklin Rd Suite 200
Nampa, ID 83687-7901

IVAN K. UNRUH
5565 SUNSET ROAD
FRUITLAND ID 83619-3758

Idaho Dept of AG     DUPLICATE
PO Box 790
Boise, ID 83701-0790

Idaho State Dept of Ag
PO Box 790
Boise, ID 83701-0790

JEANETTE L. KOEHN
1595 POPLAR AVENUE
FRUITLAND ID 83619-5045

JENNIFER D KOEHN
2775 SW FIRST AVENUE
NEW PLYMOUTH ID 83655-5148

JENSEN FARMS, LLC *wrong*
2463 11TH AVE E
VALE OR 97918

JLJ FARMS, LLC
29862 EMMETT ROAD
CALDWELL ID 83607-7506

Jeffrey C. Misley
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089

Jesus S. Madera-Huizar
3923 Denton Street
Caldwell, ID 83607-8043

KESLER FARMS INC
3331 GREY BLVD
NYSSA OR 97913-5045

LANSING TRADE GROUP
815 HIGHWAY 26
BLISS ID 83314-5120

Roger Lang
2475 Graham Blvd
Vale, OR 97918-5624

MUA
Post Office Box 338
Montezuma, KS 67867-0338

Malheur County Tax Office
251 B Street W, Ste #14
Vale, OR 97918 *DUPLICATE*

Michael Hartley
P.O. Box 2563
Nyssa, OR 97913-0563

JEREMY L KOEHN
2775 SW FIRST AVENUE
NEW PLYMOUTH ID 83655-5148

JOSE CISNEROS
1148 SW SIXTH AVENUE
ONTARIO OR 97914-3310

Jensen Farms, LLC
2468 11th Avenue E.
Vale, OR 97918

Jim Belnap
1764 3rd Ave
Vale, OR 97918-5002

Christy A Kaes
Evans Keane, LLP
1161 W. River St., Ste. 100
PO Box 959
Boise, ID 83701-0959

LISA L UNRUH
2195 MOONSHADOW ROAD
BONNERS FERRY ID 83805-5425

Maggie Lyons
Resolve Financial Group Inc.
PO Box 598
Hayden, ID 83835-0598

MUA
Post Office Box 338
Montezuma, KS 67867-0338 *DUPLICATE*

Jed W. Manwaring
Evans Keane LLP
1161 W. River St.
Suite 100
PO Box 959
Boise, ID 83701-0959

Millington Zwygart CPA
1803 Ellis Avenue
Caldwell, ID 83605-4810

JESUS S MADERA-SUIZR
3923 DENTON STREET
CALDWELL ID 83607-8043

JOSE SANTOS
624 N SECOND STREET
NYSSA OR 97913-3316

Jensen Farms, LLC
2436 11th Ave E
Vale, OR 97918-5155

Michael R Johnson
Ray Quinney & Nebeker P.C.
36 South State Street, 14th Floor
Salt Lake City, UT 84111-1401

R Ron Kerl
POB 4229
Pocatello, ID 83205-4229

LLOYD SAUNDERS
2086 MECHAM ROAD
VALE OR 97918-5373

M.K., A MINOR CHILD
SCOTT KESLER PARENT
3331 GREY BLVD.
NYSSA, OR 97913-5045

Malheur County Tax Collector
251 B Street W, Ste #14
Vale, OR 97918-1375

Mary Ann Kilgore
Lila L. Howe
Union Pacific Railroad Company
1400 Douglas Street, STOP 1580
Omaha, NE 68179-0002

NELSON MADERA
2405 APPLEWOOD AVENUE
FRUITLAND ID 83619-2145

Napa Auto Parts
Post Office Box 1425
Twin Falls, ID 83303-1425

ORIN G KOEHN
2775 SW FIRST AVENUE
NEW PLYMOUTH ID 83655-5148

Oregon Dept of Transportation
3355 Capitol St NE #21
Salem OR 97301

Oregon Dept. of Revenue
Post Office Box 14725
Salem, OR 97309-5018

Oregon Trail Transport
62833 Buchanan Lane
La Grande, OR 97850-5205

PHILLIP GALLEGOS
BOX 2368
NYSSA OR 97913-0368

RALPH THORNLEY
1973 MILLER ROAD
ADRIAN OR 97901-5088

RIVERCREST FARMS
JAKE SPEELMON
792 WOODBRIDGE ROAD
ADRIAN OR 97901-5381

RL ATKINSON FARMS, INC.
1075 WARD LANE
PARMA ID 83660-6103

ROGER LANG [DUPLICATE]
2475 GRAHAM B
VALE OR 97918-5624

Rabo AgriFinance LLC
6919 Chancellor Drive
Cedar Falls, IA 50613-6926

Rabo Agrifinance Inc.
c/o Ron Kerl
PO Box 4229
Pocatello, ID 83205-4229

Ralph Thornley Farms, LLC
1973 Miller Road
Adrian, OR 97901-5088

Jace A. Richards
Jace A. Richards, Chtd.
5598 N. Eagle Rd. #102
Boise, ID 83713-2707

Ridgeview Farms, Inc.
1657 Napton Rd.
Adrian, OR 97901-5354

Roger Lang
%Law Office of D. Blair Clark, PC
1509 S. Tyrell Lane, Ste. 180
Boise, ID 83706-6658

S P Trucking, LLC
835 NE Union
Mountain Home, ID 83647-1797

S.K., A MINOR CHILD
SCOTT KESLER, PARENT
3331 GREY BLVD.
NYSSA, OR 97913-5045

SAIF Corporation
400 High Steet SE
Salem, OR 97312-1000

SCOTT CRUICKSHANK
1746 PENNINGTON DRIVE
ONTARIO OR 97914-4256

STAN ISAAC
28624 JUNIPER RD
BRUNEAU ID 83604-5043

STANDAGE FARMS
LARRY STANDAGE
1725 AIRPORT ROAD
VALE OR 97918-5650

STEFANI D MILLSAP
1350 GLENWAY AVENUE
FRUITLAND ID 83619-3777

Sheila Rae Schwager [DUPLICATE]
HAWLEY TROXELL ENNIS and HAWLEY LLP
PO Box 1617
Boise, ID 83701-1617

Strategic & Operational Solutions, Inc.
5598 N. Eagle Rd.
Ste. 102
Boise, ID 83713-2707

Treasure Valley Grain LLC
Givens Pursley LLP
c/o Randall A. Peterman
601 W. Bannock St.
P.O. Box 2720
Boise, ID 83701-2720

Treasure Valley Tax Services
Post Office Box 726
Fruitland, ID 83619-0726

US Trustee
Washington Group Central Plaza
720 Park Blvd, Ste 220
Boise, ID 83712-7785

Union Pacific Railroad Company
c/o Mary Ann Kilgore
c/o Union Pacific [DUPLICATE]
1400 Douglas Street STOP 1580
Omaha, NE 68179-1001

United States Trustee [DUPLICATE]
720 Park Boulevard
Suite 220
Boise, ID 83712-7785

VICENTE G MORENO JR
586 YAKIMA STREET S
VALE OR 97918-1481

Valley Wide Cooperative
1833 S. Lincoln Avenue
Jerome, ID 83338-6138

Verizon Wireless
Post Office Box 660108
Dallas, TX 75266-0108

WATSON AGRICULTURE, INC.
C/O DOUG DELONG, CONTROLLER
PO BOX 300
PARMA, ID 83660-0300

WATSON AGRICULTURE INC
POST OFFICE BOX 300
201 S MAIN STREET
PARMA ID 83660-7708
(DUPLICATE)

WBH FARMS
743 BEET DUMP ROAD
NYSSA OR 97913-5500

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AGL Trucking
Post Office Box 110
Jerome, ID 83338-0110

(d)Barlow Farms, LLC
2525 Mitchell Butte Road
Nyssa, OR 97913-5215

(d)Bruce Cruickshank
10572 Virginia Lane
Payette, ID 83661-5055

(u)DC Land

(d)DC Land-Mark Combs
Mark Combs
29863 Farmway Road
Caldwell, ID 83607-8679

(d)Doug Stipe
3555 Clark Blvd
Ontario, OR 97914-8735

(d)Galen Jantz
1547 Vale View Road
Vale, OR 97918-5142

(d)Gavilon
1111 Bedke Boulevard
Post Office Box 1089
Burley, ID 83318-0948

(d)Harlen Garner
1041 Janetta Ave
Nyssa, OR 97913-5322

(d)Hartley Farms  Feedlot
552 Enterprise Avenue
Nyssa, OR 97913-5418

(d)Noah G. Hillen
P.O. Box 6538
Boise, ID 83707-6538

(d)JLJ Farms, LLC
29862 Emmett Road
Caldwell, ID 83607-7506

(d)Jose Cisneros
1148 SW Sixth Avenue
Ontario, OR 97914-3310

(d)Jose Santos
624 N. Second Street
Nyssa, OR 97913-3316

(d)Lansing Trade Group
815 Highway 26
Bliss, ID 83314-5120

(d)Lisa L. Unruh
2195 Moonshadow Road
Bonners Ferry, ID 83805-5425

(d)Jed W. Manwaring
Evans Keane LLP
1161 W. River St.
Suite 100
PO Box 959
Boise, ID 83701-0959

(d)Nelson Madera
2405 Applewood Avenue
Fruitland, ID 83619-2145

(d)Scott Cruickshank
1746 Pennington Drive
Ontario, OR 97914-4256

(u)Treasure Valley Tax Services
Post Office Box 726

(d)Chris Unruh
25225 Hipwell Lane
Grand View, ID 83624-5119

(d)Vicente G. Moreno, Jr.
586 Yakima Street S
Vale, OR 97918-1481

(d)WBH Farms
743 Beet Dump Road
Nyssa, OR 97913-5500

(d)Watson Agriculture, Inc.
c/o Doug Delong, Controller
PO Box 300
Parma, ID 83660-0300

End of Label Matrix
Mailable recipients   125
Bypassed recipients    24
Total                 149