**Ford Elsaesser**
documents@eaidaho.com
P. O. Box 2220
Sandpoint , ID 83864
(208)263-8871
(208)263-8517 [Facsimile]
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | |
| FARMERS GRAIN, LLC | ) | Case No. 17-00450 - JDP |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CASE STATUS REPORT**

TRUSTEE:            Ford Elsaesser

STATUS AS OF:       April 28, 2022

<u>ALL ACTIONS WHICH MUST BE COMPLETED PRIOR TO FINAL
REPORT BEING FILED:</u> Final Claim Review

Action Pending: The Trustee is in the final review stages of the claims filed in this case. Any objections to POCs in this case will be filed with the Bankruptcy Court no later than May 28, 2022. If no objections are to be filed after final review of claims, TFR will be submitted to the UST by June 1, 2022.
.

DATE:  April 28, 2022


/s/ Ford Elsaesser
Ford Elsaesser, Trustee