**Ford Elsaesser**
documents@eaidaho.com
P. O. Box 2220
Sandpoint , ID 83864
(208)263-8871
(208)263-8517 [Facsimile]
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:                              )
                                    )    Case No. 17-00450 - JDP
FARMERS GRAIN, LLC                  )    Chapter 7
                                    )
        Debtors.                    )
                                    )

**CASE STATUS REPORT**

TRUSTEE:            Ford Elsaesser

STATUS AS OF:       January 19, 2023

ALL ACTIONS WHICH MUST BE COMPLETED PRIOR TO FINAL
REPORT BEING FILED:

Action Pending: Trustee had previously received a letter from the IRS stating a refund was due to the BK estate and the TFR was removed from the que until the refund issue with the IRS was resolved. On 1/18/23 an IRS agent verified there are no funds due by or due to the BK Estate of Farmers Grain, LLC. Therefore the TFR will be resent to the UST for review and filing.
.

DATE: January 19, 2023


                    /s/ Ford Elsaesser
                    Ford Elsaesser, Trustee