J. Ford Elsaesser
P.O. Box 2220
Sandpoint, ID 83864

(208) 263-8871

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO
## BOISE DIVISION

| | | |
|---|---|---|
| In re: FARMERS GRAIN, LLC | § | Case No. 17-00450-JDP |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

---

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that J. Ford Elsaesser, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

550 W. Fort Street

Suite 698

Boise, ID 83724

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/09/2023                  By: /s/ J Ford Elsaesser

                                            Trustee

J. Ford Elsaesser
P.O. Box 2220
Sandpoint, ID 83864
(208) 263-8871

**UST Form 101-7-NFR (10/1/2010)**

J. Ford Elsaesser

P.O. Box 2220

Sandpoint, ID 83864

(208) 263-8871

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO
## BOISE DIVISION

In re:FARMERS GRAIN, LLC §    Case No. 17-00450-JDP
§
§
§
§

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of :* | $ 7,373,893.06 |
| *and approved disbursements of:* | $ 6,976,908.66 |
| *leaving a balance on hand of[1]:* | $ 396,984.40 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| CoBank | CoBank | 44,663.64 | 44,663.64 | 44,663.64 | 0.00 |
| 2-2 | Jensen Farms, LLC | 176,430.00 | 0.00 | 0.00 | 0.00 |
| 4S | Rabo AgriFinance LLC | 5,387,513.85 | 3,192,685.32 | 3,192,685.32 | 0.00 |
| 7 | LLOYD SAUNDERS | 34,700.00 | 31,155.35 | 31,155.35 | 0.00 |
| 10 | KESLER FARMS INC | 1,759.05 | 260,673.65 | 260,673.65 | 0.00 |
| 11 | B.K., A MINOR CHILD (SCOTT KESLER PARENT) | 0.00 | 2,202.06 | 2,202.06 | 0.00 |
| 12 | M.K., A MINOR CHILD (SCOTT KESLER PARENT) | 0.00 | 2,421.38 | 2,421.38 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13 | S.K., A MINOR CHILD (SCOTT KESLER, PARENT) | 0.00 | 2,409.53 | 2,409.53 | 0.00 |
| 15-2 | DC Land Operating Company, LLC %Law Office of D. Blair Clark, PC Attn: Jeffrey P. Kaufman | 1,012,785.14 | 1,012,785.14 | 1,012,785.14 | 0.00 |
| 17 | FROERER FARMS | 168,960.00 | 164,354.70 | 164,354.70 | 0.00 |
| 19 | BRUCE CRUICKSHANK | 25,593.74 | 23,483.61 | 23,483.61 | 0.00 |
| 20 | RL ATKINSON FARMS, INC. | 7,500.00 | 7,293.53 | 7,293.53 | 0.00 |
| 21 | CLARICH FARMS LLC | 67,161.60 | 65,954.87 | 65,954.87 | 0.00 |
| 25 | Chris Unruh | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 | CFO Solutions, LLC, Receiver of Jantz Family Farms c/o Jeffrey C. Misley, Attorney & Authorized | 42,623.41 | 0.00 | 0.00 | 0.00 |
| 30 | GW Farms, LLC | 0.00 | 57,959.09 | 57,959.09 | 0.00 |
| 31-2 | Barlow Farms, LLC | 58,751.55 | 57,407.75 | 57,407.75 | 0.00 |
| 32 | Malheur County Tax Office | 64,369.08 | 62,347.86 | 62,347.86 | 0.00 |
| 33 | Malheur County Tax Collector | 5,372.37 | 2,138.40 | 2,138.40 | 0.00 |

|  | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 396,984.40 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Noah G. Hillen | 239,466.79 | 225,000.00 | 14,466.79 |
| Trustee, Expenses - Noah G. Hillen | 26,228.59 | 19,700.47 | 6,528.12 |
| Auctioneer Fees - Corbett Auctions and Appraisals, Inc. | 126,160.04 | 126,160.04 | 0.00 |
| Auctioneer Expenses - Corbett Auctions and Appraisals, Inc. | 3,019.02 | 3,019.02 | 0.00 |
| Charges, U.S. Bankruptcy Court | 176.00 | 176.00 | 0.00 |
| Fees, United States Trustee | 20,150.00 | 20,150.00 | 0.00 |
| Trustee, Fees - J Ford Elsaesser | 5,000.00 | 0.00 | 5,000.00 |
| Trustee, Expenses - J Ford Elsaesser | 673.29 | 0.00 | 673.29 |
| Other State or Local Taxes (post-petition) - Oregon Dept Of Revenue | 150.00 | 150.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Joseph M Meier | 35,030.00 | 35,030.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Jed W. Manwaring | 15,571.50 | 15,571.50 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Jed W Manwaring | 30,602.00 | 30,602.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Jed W Manwaring | 42,307.50 | 42,307.50 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Jed W. Manwaring | 17,983.50 | 17,983.50 | 0.00 |
| Attorney for Trustee Expenses (Other Firm)  - Joseph M Meier | 629.16 | 629.16 | 0.00 |
| Attorney for Trustee Expenses (Other Firm)  - Jed W. Manwaring | 1,743.20 | 1,743.20 | 0.00 |
| Attorney for Trustee Expenses (Other Firm)  - Jed W. Manwaring | 8,874.72 | 8,874.72 | 0.00 |
| Attorney for Trustee Expenses (Other Firm)  - Jed W. Manwaring | 2,356.92 | 2,356.92 | 0.00 |
| Attorney for Trustee Expenses (Other Firm)  - Jed W. Manwaring | 678.85 | 678.85 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Roger Clubb | 7,135.50 | 7,135.50 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Ed Bodily | 5,295.00 | 5,295.00 | 0.00 |
| Accountant for Trustee Expenses (Other Firm) - Roger Clubb | 138.00 | 138.00 | 0.00 |
| Realtor for Trustee Fees - Mark Bottles | 168,000.00 | 168,000.00 | 0.00 |
| Realtor for Trustee Expenses - Mark Bottles | 14,804.70 | 14,804.70 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Appraiser for Trustee Fees - WT Appraisal Inc. | 7,500.00 | 7,500.00 | 0.00 |
| Consultant for Trustee Fees - Maggie Lyons | 14,646.50 | 14,646.50 | 0.00 |
| Consultant for Trustee Expenses - Maggie Lyons | 19.00 | 19.00 | 0.00 |
| Other Professional's Fees - Weiser Farms LLC | 57,696.95 | 57,696.95 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $    26,668.20
Remaining balance: $    370,316.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - Matthew T. Christensen | 33,028.00 | 33,028.00 | 0.00 |
| Prior Chapter Attorney for Trustee/DIP Expenses (Other Firm) - Matthew T. Christensen | 852.95 | 852.95 | 0.00 |

Total to be paid for prior chapter administrative expenses: $    0.00
Remaining balance: $    370,316.20

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $200.73 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Jesus S. Madera-Huizar | 0.00 | 0.00 | 0.00 |
| 36P | Oregon Dept of Transportation | 200.73 | 200.73 | 0.00 |

Total to be paid for priority claims: $    0.00
Remaining balance: $    370,316.20

UST Form 101-7-NFR (10/1/2010)

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $12,966,855.13 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.4 percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | WATSON AGRICULTURE, INC.C/O DOUG DELONG, CONTROLLER | 0.00 | 0.00 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 1,667.61 | 109.12 | 47.62 |
| 4U | Rabo AgriFinance LLC | 4,317,791.00 | 282,517.25 | 123,310.39 |
| 5-2 | CHS, Inc. dba Connell Grain Growers | 7,591,573.86 | 496,724.03 | 216,805.29 |
| 6 | Napa Auto Parts | 0.00 | 0.00 | 0.00 |
| 9 | Valley Wide Cooperative | 2,312.93 | 151.34 | 66.05 |
| 16 | Roger Lang | 33,806.40 | 2,211.99 | 965.46 |
| 18 | STAN ISAAC | 27,500.00 | 1,799.35 | 785.37 |
| 22 | Hartley Farms, L.L.C. | 364,124.12 | 23,824.99 | 10,398.91 |
| 23 | Double H Farms | 56,219.13 | 3,678.47 | 1,605.55 |
| 24 | Michael Hartley | 2,978.91 | 194.91 | 85.08 |
| 26 | Chris Unruh | 0.00 | 0.00 | 0.00 |
| 27 | WATSON AGRICULTURE, INC. | 34,954.92 | 2,287.13 | 998.27 |
| 29 | CFO Solutions, LLC, Receiver for G.Jantz & S.Jantz c/o Jeffrey C. Misley, Attorney & Authorized Sussman Shank LLP | 0.00 | 0.00 | 0.00 |
| 34-2 | RALPH THORNLEY | 42,127.50 | 2,756.44 | 1,203.10 |
| 35-3 | WBH FARMS | 491,798.75 | 32,178.87 | 14,045.11 |

Total to be paid for timely general unsecured claims:    $     370,316.20

Remaining balance:    $     0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims:  $ _____ 0.00

Remaining balance:  $ _____ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $20.07 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 36U | Oregon Dept of Transportation | 20.07 | 0.00 | 0.00 |

Total to be paid for subordinated claims:  $ _____ 0.00

Remaining balance:  $ _____ 0.00

Prepared By: /s/ J Ford Elsaesser _____

Trustee

J. Ford Elsaesser

P.O. Box 2220

Sandpoint, ID 83864

(208) 263-8871

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**